1  James M. Sitkin, Esq. (SBN 107650)
   LAW OFFICES OF JAMES M. SITKIN
2  One Kaiser Plaza, Suite 505
3  Oakland, CA 94612
   Telephone: (415) 318-1048
4  Facsimile: (415) 362-3268
   jsitkin@sitkinlegal.com
5
6  Robert D. Soloff, Esquire
   ROBERT D. SOLOFF, P.A.
7  7805 SW 6th Court
   Plantation, FL 33324
8  Telephone: (954) 472-0002
   Fascimile: (954) 472-0052
9  robert@solofflaw.com

10 (See attached for additional counsel)

11 Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORIA

14

15

16 TANSEER KAZI and LINDA SCHEID,            )   Case No. 3:18-cv-04810-JCS
                                             )
17 individually and on behalf of all those   )   **CLASS ACTION**
   similarly situated                        )   **[Hon. Mag. Judge Joseph C. Spero]**
18                                           )
                                             )   **STIPULATION/[proposed] ORDER**
19     Plaintiff(s),                         )   **GRANTING LEAVE TO FILE SECOND**
                                             )   **AMENDED COMPLAINT**
20                                           )
       vs.                                   )
21                                           )
                                             )
22 PNC BANK, N.A., and DOES 1-100            )
   inclusive                                 )
23                                           )
       Defendant(s).                         )
24                                           )

25

26

27

28

STIPULATION/ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - Case No. 3:18-cv-04810-JCS
303095794 v1

**Attachment to Stipulation for Order Granting Leave to File First Amended Complaint**

**Kazi v. PNC Bank, N.A.**

The names, addresses, and telephone numbers of Plaintiff's additional attorneys are:

Justin Swidler, Esq.
SWARTZ SWIDLER, LLC
1101 Kings Hwy. N., Suite 402
Cherry Hill, NJ 08034
Telephone: (856) 685-7420
Fascimile: (856) 685-7417
jswidler@swartz-legal.com

Marc A. Silverman, Esquire
FRANK, WEINBERG & BLACK, P.L.
7805 SW 6th Court
Plantation, FL 33324
Telephone: (954) 474-8000
Fascimile: (954) 474-9850
msilverman@fwblaw.net

Whereas, the above-styled action was initiated by the filing by Plaintiff Tanseer Kazi of the class action Complaint For Violation Of California Labor Code, California Industrial Welfare Commission Orders, And California Unfair Competition Law (the "Complaint"), initially filed on June 28, 2018 in the Superior Court of the County of Alameda,

Whereas, on August 8, 2018, Defendant PNC Bank, N.A. ("PNC") filed its Notice of Removal and removed this action to the U.S. District Court, Northern District of California, asserting CAFA, 28 U.S.C. §1332(d), as its basis for this Court's subject matter jurisdiction,

Whereas, on November 14, 2018, Plaintiff Tanseer Kazi, now joined by Plaintiff Linda Scheid (collectively "Plaintiffs"), with leave of Court, filed their First Amended Complaint, which added claims to seek recovery of penalties pursuant to the Private Attorneys General Act, Cal. Labor Code § 2698, et seq. ("PAGA"), and added a new Plaintiff, Linda Scheid,

Whereas, the parties have stipulated that Plaintiffs should have leave to file the proposed Second Amended Complaint to include a claim for non-productive time and that PNC should have until twenty days from entry of the requested Order granting leave to file the proposed Second Amended Complaint to respond,

Whereas, without admitting the sufficiency of the allegations of the proposed Second Amended Class Action Complaint, Defendant PNC does not oppose the Court's granting leave to file said Second Amended Complaint,

It is hereby stipulated that:

1. An Order should issue granting leave to file the attached SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF CALIFORNIA LABOR CODE, CALIFORNIA INDUSTRIAL WELFARE COMMISSION ORDERS, AND CALIFORNIA UNFAIR COMPETITION LAW (herein called "Second Amended Complaint"),

2. The attached Second Amended Complaint should be deemed filed and served as of the date of entry of this Order without need for separate filing or service, and

3. Defendant PNC, shall have until twenty days from the entry of the requested Order granting leave to file the proposed Second Amended Complaint in which to file and serve its response to the Second Amended Complaint.

It is so stipulated.

Dated: March 6, 2019    FRANK, WEINBERG & BLACK, P.L
                                         ROBERT D. SOLOFF, P.A.
                                         SWARTZ SWIDLER, LLC
                                         LAW OFFICES OF JAMES M. SITKIN

By: /s/James M. Sitkin_____
     James M. Sitkin

Attorneys for Plaintiffs

Dated: March 6, 2019    K&L GATES LLP

By: /s/ Saman M. Rejali_____
Paul W. Sweeney, Jr.
Samna M. Rejali
Attorney for Defendant PNC Bank, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 8, 2019

_____
Judge Joseph C. Spero
Magistrate Judge, U.S. District Court

2