James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel: (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*<br><br>　　Defendants. | Case No: 3:18-cv-04810-JCS<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 24, 2020<br>Time: 9:30 a.m.<br>Before:　Hon. Joseph C. Spero<br><br>Trial Date:　None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please be informed that on January 24, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Joseph C. Spero, in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs Tanseer Kazi and Linda Scheid (collectively "Plaintiffs") will, and hereby do, request an Order granting class certification under FRCP 23(b)(3) for the pending Second Amended Complaint's first through fourth claims for violation of Defendant's obligation to provide paid rest breaks under the California Labor Code and Wage Order 4-2001, Defendant's failure to pay for all time worked under California Labor Code and Wage Order 4-2001, Defendant's failure to provide properly itemized pay statements under the California Labor Code and Wage Order 4-2001, Defendant's violation of California's Unfair Competition Law, Business and Professions Code § 17200, et seq., and Defendant's failure to provide timely wages upon separation.  The proposed class consists of:

> Mortgage Loan Officers (MLOs) whom Defendant PNC Bank, N.A., employed in California at any time since June 28, 2014 through the disposition of this legal action.

In conjunction with such certification, Plaintiffs seek their appointment as class representatives and the appointment of Plaintiffs' counsel, including their law firms, as class counsel.  In addition to this notice, this Motion includes the following concurrently served documents:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR CERTIFICATION OF CLASS ACTION**

**DECLARATION OF PLAINTIFF TANSEER KAZI IN SUPPORT OF PLAINTIFFS' MOTION CERTIFICATION**

**DECLARATION OF PLAINTIFF LINDA SCHEID IN SUPPORT OF PLAINTIFFS' MOTION CERTIFICATION**

**DECLARATION OF JUSTIN SWIDLER IN SUPPORT OF PLAINTIFFS' MOTION CERTIFICATION**

**DECLARATION OF ROBERT D. SOLOFF IN SUPPORT OF PLAINTIFFS' MOTION CERTIFICATION**

**DECLARATION OF MARC A. SILVERMAN IN SUPPORT OF PLAINTIFFS' MOTION CERTIFICATION**

**DECLARATION OF JAMES M. SITKIN IN SUPPORT OF PLAINTIFFS' MOTION CERTIFICATION**

Plaintiffs also request that the Court take judicial notice of all pleadings, papers, and records on file herein.

Plaintiffs respectfully request this Honorable Court grant Plaintiffs' Motion because Plaintiffs herein demonstrate that: common issues predominate, the number of putative class members renders joinder impractical, Plaintiffs' claims are typical of the entire class, Plaintiffs and their counsel are adequate to represent the proposed class, and a class action would be superior to individual lawsuits and is manageable.

Respectfully,

**SWARTZ SWIDLER, LLC**
**LAW OFFICES OF JAMES M. SITKIN**
**ROBERT D. SOLOFF, P.A.**
**FRANK WEINBERG & BLACK, P.L.**

By: */s Justin L. Swidler*
    Justin L. Swidler, Esq.

Dated: August 30, 2019