James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel:  (415) 318-1048
Fax:  (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ  08003
Tel:  (856) 685-7420
Fax:  (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*<br><br>    Defendants. | Case No: 3:18-cv-04810-JCS<br><br>**DECLARATION OF JUSTIN L. SWIDLER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  January 24, 2020<br>Time: 9:30 a.m.<br>Before:Hon. Joseph C. Spero<br><br>Trial Date:    None Set |

I, JUSTIN L. SWIDLER, declare as follows:

1.      I am an attorney at law admitted to practice *pro hac vice* to practice before this Court.  I am among the attorneys herein representing Plaintiffs Tanseer Kazi and Linda Scheid ("Plaintiffs").  I submit this declaration in support of Plaintiffs' motion for class certification.  I hereafter refer to Defendant PNC Bank, N.A. as "PNC" or "Defendant."

2.      █████████████████████████████████████████████████

██████████████████  ███████████████████████████████████████

███████████████  ██████████████████████████████████████████

█████████████████████████████████████████  ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████  ██  ██████████████████████████████████████

███

██  ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████  ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

_____

[1] █████████████████████████████████████████████████  ████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████.

5.      Attached as Exhibit 1-A to my Declaration is a true and correct copy of PNC's Job Profile for Mortgage Loan Officer West, batestamped PNC1409-PNC1412.

6.      Attached as Exhibit 1-B to my Declaration is a true and correct copy of PNC's Job Description for Mortgage Loan Officer West (MLO), batestamped PNC1438.

7.      Attached as Exhibit 1-C to my Declaration are true and correct copies of offer letters produced by PNC at batestamp PNC000002-3 and PNC000099-100.

8.      Attached as Exhibit 1-D to my Declaration are true and correct copies of the Loan Officer Compensation Plans produced by Defendant in this litigation at batestamp PNC906-1136.

9.      Attached as Exhibit 1-E to my Declaration are true and correct excerpts of Defendant's Employee Manual.

10.     Attached as Exhibit 1-F to my Declaration is a true and correct copy of the deposition transcript of Jasen Mackenzie, who testified as a corporate designee for Defendant.

11.     Attached as Exhibit 1-G to my Declaration is a true and correct Earnings Statement for Plaintiff Scheid for the month October of 2016 and produced by Defendant at batestamp PNC000665-668.

634286.1

12.     Attached as Exhibit 1-H to my Declaration is a true and correct copy of the deposition transcript of Michael Smiles, who testified as a corporate designee for Defendant.

## PROPOSED CLASS COUNSEL HAS SUBSTANTIAL EXPERIENCE AND CAN EFFECTIVELY REPRESENT THE CLASS

13.     I am a founding partner of the law firm of Swartz Swidler, LLC and co-lead counsel to Plaintiffs in this action.

14.     I am a 2007 graduate of Duke University School of Law. I was admitted to the Pennsylvania and New Jersey state bars in the same year.

15.     I am a member of good standing of the Pennsylvania and New Jersey state bars. I have been admitted to practice before the Eastern, Middle, and Western Districts of Pennsylvania, the District of New Jersey, the Central and Northern Districts of Illinois, and the District of Nebraska. I am admitted to practice in the Courts of Appeals for the Third, Sixth, Seventh, Eighth, and Ninth Circuits. I have been admitted to practice *pro hac vice* in putative and certified wage and hour class actions in the Northern and Southern Districts of New York, the Northern District of Texas, the Southern District of West Virginia, the District of Utah, the Eastern and Western Districts of Arkansas, the Western District of North Carolina, the Eastern and Middle Districts of Tennessee, the Eastern District of Missouri, the Eastern District of Michigan, the Western District of Wisconsin, the Northern and Central Districts of California, and the Southern District of Indiana.

16.     Since 2007, I have been actively engaged in the representation of plaintiffs in employment actions. Since 2010, my practice has emphasized the representation of plaintiffs in class and collective actions involving wage claims.

17.     Since 2010, my firm has been counsel in more than 120 federal or state putative class and/or collective action lawsuits, including the actions listed below. The emboldened cases have been certified or conditionally certified:

3

634286.1

1.  ***Ezequiel Abarca v., et al. v. Werner Enterprises, Inc., et al.,*** (D. Neb. 1:19-cv-00129-PEC) (Rule 23 certified class action for wage payment violations on behalf of thousands of truck drivers).

2.  *Zaharaa Abdulhe v. Pope Foods Inc., et al.,* (E.D. Pa. 2:15-cv-04732) (closed case; filed as a putative FLSA collective and class action).

3.  *Joseph Abrantes, et al. v. United States,* (Fed Claims 1:19-cv-00129-PEC) (filed as a Rule 23 class action for wage payment violations on behalf of Border Patrol employees).

4.  *Javier Alavez-Lopez, et al. v. South Jersey Sanitation Co., Inc., et al.* (D.N.J. 1:10-cv-5647-NLH-KMW) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

5.  *Doris Asirifi v. West Hudson Sub-Acute Care Center, LLC* (D.N.J. 2:11-cv-04039-DMC-MF) (closed case, was filed as a putative class and collective action asserting wage and hour violations under federal and state law).

6.  ***David Atis v. Freedom Mortgage Corporation***, (D.N.J. 1:15-cv-03424-RBK-JS) (certified FLSA collective action and certified class action on behalf of over 300 mortgage loan officers; settled on a class-wide basis).

7.  ***Anthony Ayala v. U.S. Xpress, Inc., et al.*** (C.D. Cal. 16-137) (Rule 23(b)(3) certified class; approximately 1,000 class members; asserting violations of California wage and hour laws)

8.  ***Sandy Babcock, et al. v. Butler County, et al.*** (W.D. Pa. 12-394) (closed case; putative class and collective wage and hour action on behalf of approximately 100 correction officers).

4

634286.1

9.    *Anthony Barbour, et al. v. Sun Energy Services, LLC, et al.* (S.D. WV 2:12-cv-08460) (closed case, filed as putative class and collective action asserting wage and hour violations under federal and state law).

10.   **Yassine Baouch, et al. v. Werner Enterprises, et al.** (D. Neb. 12-cv-408) (Rule 23(b)(2) and (b)(3) and FLSA certified class of more than 60,000 truck drivers).

11.   *William Blakley, et al. v. Celadon Group, Inc., et al.,* (S.D. Ind. 1:16-cv-00351-LJM-TAB) (filed as a putative FLSA collective action on behalf of truck drivers).

12.   **Lemuel Bland v PNC Bank, N.A.,** (W.D. Pa. 15-cv-1042) (closed case; conditionally certified collective action and certified class action asserting wage and hour violations under the FLSA and state wage laws on behalf of 1,117 mortgage loan officer opt-in plaintiffs).

13.   **Cindy Bobryk, et al. v. Durand Glass Manufacturing Co., Inc.** (D.N.J. 1:12-cv-05360-NLH-JS) (closed case; conditionally certified collective and class action relating to wage and hour violations with 50 opt-in plaintiffs).

14.   **Jason Bowe, et al. v. Enviro Pro Basement Systems, et al.** (D.N.J. 1:12-cv-02099-NLH-KMW) (closed case; conditionally certified collective action asserting wage and hour violations under federal and state law; partial summary judgment granted to Plaintiffs; settled).

15.   *Mary Brent v. Resources for Human Development, Inc., et al.* (E.D. Pa. 2:12-cv-06331-PD) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

16.   *Jaclyn Brown v. Maidpro Collegeville, et al.* (E.D. Pa. 2:13-cv-2813) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

5

634286.1

17.     ***David Browne v. P.A.M. Transport, Inc., et al.*** (W.D. Ark. 5:16-cv-05366) (conditionally certified collective and certified Rule 23 class action asserting wage and hour violations under the FLSA and Arkansas Minimum Wage Law on behalf of more than 17,000 truck drivers).

18.     ***Christopher Burns v. Flyte Tyme Worldwide***, (D.N.J. 2:13-cv-04297) (closed case, certified class and collective action asserting wage and hour violations under federal and state law).

19.     *Denzel Burton, et al. v. Spirit Delivery,* (E.D. Pa. 2:15-cv-05289) (closed case; filed as a putative FLSA collective action on behalf of warehouse workers).

20.     ***Kofi Campbell, et al. v. C.R. England, Inc., et al***. (D. Utah 2:13-cv-00262) (closed case; certified FLSA collective action asserting wage and hour violations on behalf of approximately 10,000 opt-in plaintiffs; settled in 2015).

21.     *Gale Carter, et al.. v. Paschall Truck Lines, Inc., et al.* (W.D. Ky. 5:18-cv-00041) (conditionally certified FLSA collective actionsserting wage and hour violations under federal law on behalf of misclassified truck drivers).

22.     *Roland Chavez v. Robert Wood Johnson University Hospital Hamilton, et al.* (D.N.J. 11-cv-7097) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

23.     *Sharon Cole v. Max Mahan Company, Inc., et al.* (W.D.T.X. 17-01014) (closed case; putative collective action asserting overtime violations of the FLSA and on behalf of truck drivers).

24.     *Steven Colvin v. Ocean Spray,* (E.D. Pa. 5:16-cv-05324) (closed case; putative collective and class action asserting overtime violations of the FLSA and Pennsylvania law on behalf of production line workers).

6

634286.1

25.     ***Pierre Cormier, et al. v. Western Express, Inc., et al.*** (M.D. Tenn. 14-29) (certified collective action asserting wage and hour violations on behalf of over 4,000 opt-in plaintiffs).

26.     *Frank Craig v. GHM Associates of America, et al.* (D.N.J. 3:13-cv-02303) (closed case, putative class and collective action asserting wage and hour violations under federal and state law).

27.     *Jessica Creary, et al. v. Core Care Technologies, Inc.* (D.N.J. 1:16-cv-01793) (closed case; filed as a putative collective and class action asserting wage and hour violations of federal and state law on behalf of hourly employees).

28.     *Stanley Crump v. HF3 Construction, Inc., et al.,* (E.D. Pa. 2:14-cv-04671) (closed case; filed as a putative FLSA collective action and class action on behalf of construction laborers).

29.     ***Lawrence Culmone, et al. v. My Limousine Service, et al.*** (D.N.J. 2:16-cv-02231) (closed cased; filed as a putative FLSA collective action and class action on behalf of limousine drivers; settled on class-wide basis).

30.     *Mark Culver, et al. v. Finish Line 28, et al.*, (D.N.J. 1:15-cv-03646) (closed case; filed as a putative FLSA collective action and class action).

31.     *John Cunningham v. Cape Regional Physicians, et al.* (D.N.J. 1:12-cv-03955) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

32.     *Theodus Davis v. Colonial Freight Systems, Inc., et al.,* (D.N.J. 3:16-cv-05739) (conditionally certified collective and putative class action asserting violations of the FLSA and New Jersey law on behalf of truck drivers).

7

634286.1

33.     *Daniel Dearden, et al. v. Rapid Restoration, LLC,* (closed case; E.D. Pa. 2:13-cv-07098-MSG) (closed case; filed as a putative FLSA collective action).

34.     *Brandon Delaney v. FTS International Services, LLC* (closed case; E.D. Pa. 4:16-cv-00663-YK) (closed case; filed as a putative collective and class action asserting wage and hour violations under federal and state law on behalf of wireline workers).

35.     *Paris D'Emilio, et al. v. Osborne Associates Inc., et al.* (E.D. Pa. 2:18-cv-01055-GAM) (filed as a putative collective and class action asserting wage and hour violations under federal and state law on behalf of hairdressers).

36.     *Debbie Derolf, et al. v. Risinger Bros. Transfer, Inc., et al.* (C.D. IL. 1:16-cv-1298) (closed case; filed as individual and collective action for unpaid minimum wages under FLSA).

37.     *Katherine Dohanicz v. Underwood Memorial Hospital,* (D.N.J. 1:13-cv-01464) (closed case, putative class and collective action asserting wage and hour violations under federal and state law).

38.     *Kenneth Doherty v. County of Warren, et al.* (D.N.J. 3:12-cv-04428) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

39.     ***Eric Dolcin v. Roadtex Transportation Corp., et al***. (D.N.J. 3:13-cv-04114) (closed case; certified class and collective action asserting wage and hour violations under federal and state law filed on behalf of over-the-road truck drivers).

40.     *Barry Dooley v. CPR Restoration Inc.* (E.D. Pa. 2:13-cv-01448) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

8

634286.1

41. ***Charles Dooner, et. al. v. Haier US Appliance Solutions, Inc.*** (D.N.J. 1:17-cv-01635) (closed case; certified collective action asserting wage and hour violations under federal and state law on behalf of service technicians; settled on class-wide basis).

42. *Olivia Drake v. Hyundai Rotem USA, Corp.* (E.D. Pa. 2:13-cv-00868) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

43. ***Dalord Dumas v. Accurate Medical Transportation***, (D.N.J. 3:15-cv-02748) (closed case; conditionally certified collective action asserting wage and hour violations under the FLSA and New Jersey law on behalf of drivers; settled on class-wide basis).

44. ***Kalvin Drummond, et al. v. Herr Foods Inc., et al.,*** (E.D. Pa. 2:13-cv-05991) (closed case; conditionally certified collective action asserting overtime violations under the FLSA and various state wage laws on behalf of more than 500 opt-in plaintiffs; settled on class-wide basis).

45. *Michael Eger v. Allied Construction, LLC, et al.,* (D.N.J. 1:16-cv-06535) (closed case; putative collective and class action asserting wage and hour violations under the FLSA and New Jersey law on behalf of technicians).

46. *John Elmy. v. Western Express, Inc., et al.* (M.D. Tenn. 3:17-cv-01199) (filed as a collective and class action asserting wage and hour violations under federal law on behalf of truck drivers).

47. ***Diane Estes v. P.A.M. Transport, Inc., et al.*** (W.D. Ark. 13-5199) (closed case; conditionally certified collective action asserting wage and hour violations under the FLSA where we represent approximately 3,000 drivers; settled on class-wide basis).

48. *Philip Faraone v.* Valley National Bank (D.N.J. 15-cv-06575) (closed case; filed as a class action asserting violations of the Fair Credit Reporting Act on behalf of bank applicants).

9

634286.1

49.      *Santiago Flores, et al.* v. 1401 Ocean LLC, et al. (D.N.J. 14-03466) (closed case; filed as putative class and collective action asserting wage and hour violations under federal and state law on behalf of hotel workers).

50.      *Bella Funk, et al. v. Annpurna Two, Inc.* (M.D. Pa. 1:13-cv-00711) (closed case; filed as putative class and collective action asserting wage and hour violations under federal and state law).

51.      ***Michael Gemmill v. Worthington Steelpac, et al.*** (M.D. Pa. 1:13-cv-817) (closed case; conditionally certified collective action asserting wage and hour violations under federal and state law).

52.      *April Green v. U.S. Xpress Enterprises, Inc., et al.*, (E.D. Tenn. 1:19-cv-00092) (filed as a collective and class action asserting wage and hour violations under the federal and state law on behalf of misclassified truck drivers).

53.      *Tom Greineder v. ESAB Group, Inc., et al.* (E.D. Pa. 12-5380) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

54.      *Courtney Griffin v. Allaire Rehab and Nursing, et al.* (D.N.J. 3:18-cv-17732) (filed as a putative class and collective action asserting wage and hour violations under federal and state law).

55.      ***Thomas Gundmundson, et al. v. Stevens Transport, Inc., et al.*** (N.D. Tex. 3:13-cv-02010) (closed case; conditionally certified collective action alleging minimum wage claims under the FLSA on behalf of around 3,000 truck drivers; settled on class-wide basis).

56.      *Jamie Gutierrez v. Exide Technologies, et al.*, (E.D. Pa. 2:11-cv-3863) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

10

634286.1

57.     *Joseph Hartman, et al. v. Lincare Inc., et al.,* (D.N.J. 1:14-cv-03171) (closed case; filed as a putative FLSA collective action and class action on behalf of delivery drivers).

58.     *Courtney Hawkins v. Kearny Bank*, (D.N.J. 2:19-cv-08712) (filed as a collective and class action asserting wage and hour violations under federal and state law on behalf of bank tellers)

59.     ***Jill Hodapp, et al. v. Regions Bank*** (E.D. MO 4:18-cv-01389-HEA) (conditionally certified collective action and putative class action asserting wage and hour violations under federal and state law on behalf of more than 19,000 bank tellers).

60.     *Bryon Holmes, et al. v. The Mount Group et al.,* (D.N.J. 16-cv-04434) (closed case; filed as an individual and class action asserting overtime violations of New Jersey wage and hour laws).

61.     *Elyssa Horner v. OceanFirst Bank, N.A., et al.,* (D.N.J. 3:19-cv-08711) (filed as a collective and class action asserting wage and hour violations under federal and state law on behalf of bank tellers).

62.     *Doris Johnson v. Daimler Trucks of North* (D.N.J. 1:12:cv-04964) (closed case; filed as putative class and collective action asserting wage and hour violations under federal and state law).

63.     ***Tymeco Jones, et al. v. Healthcare Staffing/Silver Care***, (D.N.J. 1:13-cv-07910) (conditionally certified collective action asserting wage and hour violations under federal and state law on behalf of Certified Nursing Aides; settled on class-wide basis).

64.     *Naduvathusery Joseph v. Caesar Entertainment Corp., et al.,* (D.N.J. 10-cv-6293) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

634286.1

65.    *Paul Kane, et al. v. Gamesa Wind US, LLC, et al*. (E.D. Pa. 2:12-vc-006258) (putative class and collective action asserting wage and hour violations under federal and state law) (My Firm is co-litigating this case as local counsel).

66.    *Bethany Katz v. DNC Services Corporation, et al.* (E.D. Pa. 2:16-cv-05800) (putative class and collective action on behalf of campaign workers asserting wage and hour violations under federal and state law).

67.    ***Aubrey Keller, et al. v. TD Bank, N.A.*** (E.D. Pa. 2:12-cv-05054) (closed case, certified class and collective action asserting wage and hour violations under federal and state law on behalf of more than 10,000 bank tellers; settled on class-wide basis).

68.    *Jan Kieffer v. Carpenter Technology Corporation* (E.D. Pa. 15-cv-02493) (closed case; filed as a collective and class action asserting claims for unpaid overtime under the FLSA and state law on behalf of plant workers).

69.    *Heather Koenig v. Wells Fargo, N.A.* (D.N.J. 3:15-cv-06472) (closed case; filed as an individual and collective action asserting claims for unpaid overtime under the FLSA on behalf of bank employees).

70.    ***Aiah Komba, et al. v. County of Montgomery*** (E.D. Pa. 14-7104) (closed case; conditionally certified FLSA collective action asserting overtime violations on behalf of more than 100 opt-in plaintiffs; settled on class-wide basis)

71.    *Tonya Lengyel, et al. v. Fres-co System USA, Inc., et al.* (E.D. Pa 5:12-cv-3371) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

72.    ***Donald Maddy, et. al. v. General Electric Company*** (D.N.J. 1:14-cv-00490) (closed case; certified collective action asserting wage and hour violations under federal and state law on behalf of more than 500 technicians; settled on class-wide basis).

12

73.   *Leonard Madison v. New Century Transportation, Inc.* (D.N.J. 1:12-cv-03792-JEI-AMD) (closed case; filed as a putative class action asserting wage and hour violations under state law related to the payment of wages to over-the-road truck drivers).

74.   *Richard Martin, et al. v. TIAA Bank, FSB*, (S.D.N.Y. 1;19-cv-01707) (filed as a collective and class action under federal and state wage and hour law on behalf of retail loan officers).

75.   ***Nicole McGee v. Ann's Choice, Inc., et al.*** (E.D. Pa. 2:12-cv-02664) (closed case, was certified as a collective action pursuant to the FLSA for wage and hour violations; putative class action under state law).

76.   *Anthony McKinney, et al. v. Solid Waste Services, Inc., et al.* (E.D. Pa. 14-cv-00927) (closed case, filed as a putative FLSA collective action on behalf of waste disposal workers).

77.   *Robert McMaster v. J&J Snack Foods Sales Corp.,* (D.N.J. 1:13-cv-01677) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

78.   *Ashish Mediratta v. Concorde Limousine, Inc.,* (D.N.J. 3:15-cv-07300) (closed case, filed as a putative FLSA collective action on behalf of limousine drivers).

79.   *Ashish Mediratta v. State Shuttle,* (D.N.J. 2:16-cv-01409) (closed case; filed as a putative FLSA collective action on behalf of limousine drivers).

80.   *John Morales v. Pepsico Inc.* (D.N.J. 3:11-cv-06275) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

81.   *John Morales v. Roehl Transport, Inc., et al.* (W.D. Wis. 13-687) (closed case; putative collective action asserting wage and hour violations under the FLSA).

634286.1

82. *Brett Mundell v. DBA/DMC Mining Services, Corp, et al.* (M.D. Pa. 4:12-cv-02614) (closed case; putative class and collective action asserting wage and hour violations under federal and state law).

83. **Charles Murray, et al. v. Gerdau Ameristeel, Corp., et al.** (D.N.J. 3:11-cv-00647) (closed case; FLSA collective action and Rule 23 class action nationwide wage and hour case; on behalf of around 860 employees; settled on class-wide basis).

84. *Stanley Napier v. J.B. Hunt Transport, Inc.* (D.N.J. 1:16-cv-01955) (closed case; filed as a class action asserting violations of the Fair Credit Reporting Act on behalf of applicants for truck driving positions).

85. *Gabriel Nunez v. U.S. Xpress, Inc. et al.*, (Sup. Ct. Cal. BC711661) (filed as a class action for unpaid wages under state law on behalf of truck drivers).

86. *Christopher Oddo, et al. v. Bimbo Bakeries U.S.A. INC. et al.* (D.N.J. 2:16-cv-04267) (filed as an individual collective and class action for unpaid overtime under the FLSA and the New Jersey Wage and Hour Law).

87. *Margaret Orosz v. Microsol Resources* (S.D.N.Y. 1:15-cv-08503) (closed case; filed as a putative FLSA collective action on behalf of hourly consultants).

88. *Kevin Parrish v. Verizon Pennsylvania, Inc., et al.* (E.D. Pa. 2:12-cv-05575) (closed case; putative class and collective action asserting wage and hour violations under federal and state law).

89. *Yonaldo Paul, et al. v. EmpireCLS, et al.* (Sup. Ct. NJ Hud-L-000924-18) (filed as putative class asserting wage and hour violations under New Jersey law on behalf of limousine chauffeurs).

14

634286.1

90.     *Carole Penn-Skolnik v. Eastern Regional Medical Center, et al.* (E.D. Pa. 12-cv-1503) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

91.     **Philip Petrone, et al. v. Werner Enterprises, et al.** (D. Neb. 11-cv-401; 12-cv-307) (conditionally certified FLSA collective action on behalf of more than 14,000 truck drivers and Rule 23 certified class action with more than 50,000 class members; obtained verdict in favor of Plaintiffs on unpaid breaks claim).

92.     *Bernard Punter, et al. v. Jasmin International Corp., et al.* (D.N.J. 2:12-cv-07828) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law relating to the defendants' failure to pay over-the-road truck drivers minimum wage and overtime).

93.     *Steven Ramirez, et al. v. Veze Wireless of Jersey City, Inc., et al.* (D.N.J. 1:11-cv-04541) (closed case; filed as a putative and collective action asserting wage and hour violations under FLSA).

94.     *Jason Reed v. Empire Auto Parts, Inc., et al.* (D.N.J. 13-cv-05220) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law on behalf of auto parts delivery drivers).

95.     *Karl Reindrop v. Corporation Service Co., et al.* (D. Del. 1:12-cv-1263) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

96.     **Alex Reinig, et al. v. RBS Citizens, N.A.,** (W.D. Pa. 2:15-cv-01541) (conditionally certified collective action and Rule 23 certified class action asserting overtime violations of the FLSA and state wage laws on behalf of mortgage loan officers).

634286.1

97.     *Heather Robbins v. Playhouse Lounge, et al.*, (D.N.J. 1:19-cv-08387) (filed as a putative class and collective action asserting wage and hour violations under federal and state law on behalf of dancers).

98.     *Carlos Robles v. A.C.E. Restaurant Group, Inc., et al.* (Sup. N.J. BER-L-001111-16) (filed as a putative class and collective action asserting wage and hour violations under federal and state law on behalf of restaurant workers).

99.     ***Keith Salinas v. U.S. Xpress Enterprises, Inc*.,** (E.D. Tenn. 13-245) (case closed conditionally certified collective action asserting wage and hour violations under the FLSA on behalf of more than 3,000 drivers; settled on class-wide basis).

100.    *Glen Sarkis v. Shore Toyota, Inc.,* (D.N.J. 1:16-1184) (filed as a putative collective and class action asserting wage and hour violations under the FLSA and New Jersey on behalf of internet sales consultants).

101.    ***James Satarlee, et al. v. Gerdau Macsteel, et al*.** (E.D. Mich. 2:13-cv-12376) (closed case; certified collective action asserting wage and hour violations under federal and state law where my firm represents more than 200 individuals).

102.    *Edward Scalley, et al. v. The Happy Huckster, Corp., et al.* (E.D. Pa. 2:11-cv-04651) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law).

103.    *Jim Severine v. PDI, Inc., et al.* (D.N.J. 14-05617) (closed case, filed as a putative class and collective action asserting wage and hour violations under federal and state law on behalf of pharmaceuticals sales representatives).

104.    *Jaswinder Singh v. Uber Technologies, Inc.* (D.N.J. 16-cv-03044) (filed as a class action asserting wage and hour violations of New Jersey law on behalf of drivers).

16

105.   *Diane Smith, et al. v. Wells Fargo, N.A., et al.* (E.D. Pa. 2:12-cv-6877) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

106.   *Richard Snyder v. Dietz & Watson, et al.* (D.N.J. 1:11-cv-00003) (closed case; filed as putative class action pursuant to violations of state wage and hour law and violations of RICO; class certification was denied on basis of numerosity).

107.   **Brian Soles v. Zartman Construction, Inc., et al**. (M.D. Pa. 4:13-cv-29) (closed case; certified collective action and Rule 23 certified class action asserting wage and hour violations under federal and state law; settled on class-wide basis).

108.   *John St. Angelo, et al. v. The Lane Valentine Group, Inc., et al*. (N.D. Tex. 3:12-cv-05145) (closed case; filed as a putative FLSA collective action).

109.   *Marcus Stern v. Sweet Street Desserts, Inc.* (E.D. Pa. 14-cv-02924) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law on behalf of production line workers).

110.   **Linda Stone, et al. v. Troy Construction LLC.,** (M.D. Pa. 14-cv-306) (Rule 23(b)(2) and (b)(3) certified class action and FLSA conditionally certified collective action on behalf of more than 200 construction workers).

111.   *Rebecca Stoneback, et al. v. Artsquest, et al.* (E.D. Pa. 12-3287) (closed case; consumer fraud action; class certification denied based on Court's finding that reliance on alleged fraudulent statements were individualized; however, prior to making this finding under Rule 23(b)(3), the Court found that Swartz Swidler, LLC was adequate class counsel).

112.   *Frank Stiteler, et al. v. Tom Kurz Concrete Construction Co., et al.* (D.N.J. 12-5165) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

17

113.   *Devin Tenboer v. Maalt Specialized Bulk LLC, et al.* (N.D. Tex. 4:16-cv-00283) (filed as a collective and class action asserting wage and hour violations of the FLSA and state law on behalf of truck drivers).

114.   ***Bobby Thomas v. J&D Transportation*** (D.N.J. 3:17-cv-02434) (conditionally certified collective action and putative Rule 23 class action asserting wage and hour violations under the FLSA and New Jersey law on behalf of medical drivers).

115.   *Eric Tubens, et al. v. Presidential Wireless, LLC, et al.* (E.D. Pa. 13-cv-06131) (closed case; filed as a collective action asserting wage and hour violations of the FLSA on behalf of kiosk workers).

116.   ***Rodney Tyger, et al. v. Precision Drilling Corp., et al.***, (M.D. Pa. 4:11-cv-01913) (conditionally certified collective action on behalf of more than 930 workers).

117.   *Shane Usilton, et al. v. Trueblue, Inc., et al.* (D.N.J. 1:11-cv-03564) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

118.   *Diane Vaccaro v. Amazon.comdedc, LLC.* (D.N.J. 3:18-cv-11852) (filed as a putative Rule 23 class asserting wage and hour violations under New Jersey law).

119.   *Frank Valentine v. Benton Foundry, Inc., et al.* (M.D. Pa. 4:12-cv-02487) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

120.   *Kelly Vargas v. St. Lukes Hospital and Health Network, et al.* (E.D. Pa. 5:12-cv-05378) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

18

634286.1

121.    *Jessica Wagoner v. Red Raven Pub, et al.* (E.D. Pa. 2:19-cv-00570) (filed as a putative class and collective action asserting wage and hour violations under federal and state law on behalf of dancers).

122.    *Ralph White v. New Horizon Treatment Service, et al.* (D.N.J. 3:12-cv-07814) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

123.    *Lonnie Willis v. Amerifreight Systems, LLC,* (D.N.J. 3:33-00001) (closed case; filed as a putative FLSA collective action and class action on behalf of truck drivers).

124.    ***Cameron Wilson, et al. v. Ram-T Corporation, et al.,*** (E.D. Pa. 2:17-cv-00291) (closed case; putative collective and class action asserting overtime violations of the FLSA and Pennsylvania law on behalf of more than 100 construction workers; settled on class-wide basis).

125.    *Shawn Wolfe v. Cornell Iron Works, Inc., et al.* (M.D. Pa. 3:12-cv-00828) (closed case; filed as a putative class and collective action asserting wage and hour violations under federal and state law).

18.    My firms currently represents well over 65,000 workers across the country in certified wage and hour disputes.

19.    My firm and I have the means, capability, and intent to litigate this case to conclusion. I have demonstrated my willingness and ability to litigate wage and hour class actions by litigating without payment a wage and hour case that has been pending since 2011, *Petrone v. Werner Enters.*, which is on appeal at this time and which my firm has expended well over $200,000 to litigate to date.

20.    I am unaware of any conflict of interest between my firm, my co-counsel, or the Named Plaintiffs, on the one hand, and the putative Class Members, on the other hand.

634286.1

1

2          I declare under penalty of perjury under the laws of the United States that the foregoing is true

3  and correct.  Executed on August 30, 2019 in Cherry Hill, New Jersey.

4

5                                          */s Justin L. Swidler*

6                                          Justin L. Swidler, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20

634286.1