

January 20, 2017

Tony (Tanseer) Kazi
43575 Mission Blvd. #347
Fremont, CA 94539

Dear Tony (Tanseer),

**Congratulations, and let me be the first of many to welcome you to PNC!**

We are pleased to confirm your verbal acceptance of the terms of employment for the position of Mortgage Loan Officer West (MLO) at an annualized salary of $33,280.00, based on a 40-hour workweek, and starting on January 31, 2017.

**Additional Offer Terms:** You are eligible to participate in the PNC Mortgage Originations Incentive plan. Performance requirements and additional incentive are outlined in the attached addendum.

In addition, you will also be receiving a forgivable draw of $35,000.00 per month for the first month of employment. After this timeframe, you would revert to the standard compensation plan. To fully earn this forgivable draw, you must be employed by PNC Mortgage, in good standing, on the date of payment. If employment with PNC Mortgage terminates for any reason within twelve (12) months from the date the Forgivable Draw commences, regardless whether termination is voluntary or involuntary, you will owe PNC Mortgage all Forgivable Draws that were paid to you. You hereby authorize PNC Mortgage to deduct such Forgivable Draw deficits from any unpaid incentives owed to you. If your unpaid incentives are insufficient to satisfy the unrecovered Forgivable Draw deficits, you further agree to repay PNC Mortgage the remainder of any Forgivable Draw deficits within thirty (30) days after your separation from employment.

**Compliance Requirements:** In compliance with the Secure and Fair Enforcement for Mortgage Licensing Act (SAFE Act) and Consumer Financial Protection Bureau (CFPB) regulations, and as a requirement of your employment in this role with PNC Bank, this employment offer is contingent on your providing answers to the SAFE Act disclosure questions which are acceptable to PNC, on your successful registration in the Nationwide Mortgage Licensing System (NMLS) and Registry and on you meeting the CFPB qualifications requirements - which includes a review of your criminal and credit history. You may not begin employment in your new position until you successfully meet all requirements.

To the extent that you have an employment agreement or restrictive covenant with any previous employers that affects your work with PNC, you are fully responsible for complying with the terms of such agreement. As we discussed, you acknowledge that you will comply with the terms of any employment agreement(s) with your former employer(s), if applicable, and that you are solely responsible to defend or otherwise respond to any legal action taken against you for alleged violations of that agreement. PNC also reserves the right to take appropriate disciplinary action for your violation of any such agreement.

On your first day with us, please report to Minerva Avila at 19620 Stevens Creek Blvd. - Suite 220, Cupertino, CA, 95014-2485 at 9:30 AM. During the day, you'll meet quite a few people and go through new employee orientation. This will give you more information about the organization, our generous benefit plan, along with specific instructions for enrollment, and will get you started on your rewarding new adventure with us.

**Non-Solicitation/No-Hire/Confidentiality Agreement:** This offer is also contingent upon you agreeing to, signing, and returning the original attached Non-Solicitation/No-Hire/Confidentiality Agreement enclosed with this letter.

**PNC Welcome**: As a new employee, our goal is to help get you ready for the onboarding process. To do that, you'll receive an email inviting you to complete the first of three tours in our onboarding system, PNC Welcome. Tour 1 is called "Getting Ready" and as the name implies, you'll learn valuable information about our company's history, brand and values to prepare you for a rewarding career with us. We encourage you to complete this tour prior to your start date.

**Federal Form I-9:** All PNC applicants are required to complete an I-9 as stated by the Immigration Reform and Control Act. Included in PNC Welcome is a list of documents that are deemed acceptable as proof of identity and work authorization. Review this carefully and be sure to bring those documents with you on your first day. Also, it is important to note that original documents, not photocopies, are required.

**Drug Testing and Fingerprinting:** This employment offer is contingent on you taking and successfully passing PNC's drug-screening test. The test must have been taken within 72 hours of the verbal offer of employment (excluding any Saturday, Sunday and federal holidays). At the time you are scheduled for your drug test, you will also be scheduled to be fingerprinted and your fingerprints will be submitted for comparison within the FBI database. As a condition of employment the FBI report, as well as the results of any other criminal background check performed by PNC, must meet both PNC's and the FDIC's standards for employment. Prospective employees are expected to be fingerprinted pre-employment. If you are unable to make your appointment prior to your first day, please contact me as employees not printed within seven days of beginning employment may no longer be employed by PNC. Finally, depending upon the position being offered you may also be subject to additional background checks, and PNC must be satisfied with those results as well, as a condition of your employment or continued employment.

Please note that PNC's offer of employment does not, of course, constitute a contract of employment or otherwise create any contractual rights or obligations for you or for PNC. If you have any questions about the offer, the materials on the website, or if we can do anything to help make things easier, please call me at 318-265-6425.

Again, Tony (Tanseer), we're thrilled to welcome you to PNC. We wish you great success in your new position.

Best Regards,

Nick Roach
Talent Acquisition
PNC



July 7, 2011

Linda Scheid
734 South Dunsmuir Ave
Los Angeles, CA 90036

Dear Linda,

**Congratulations. And let me be the first of many to welcome you to PNC.**

We are pleased to confirm your verbal acceptance of the terms of employment for the Mortgage Loan Officer-Torrance position in the Torrance Department at an annualized salary of $33,280.00, based on a 40-hour workweek and starting on July 25, 2011.

In addition, you will also be receiving a forgivable draw of $5,500.00 for month 1 and $2,500.00 month 2 of employment. After this timeframe, you would revert to the standard compensation plan.

You will also be receiving 65 bps on all "standard" loan products for months 3 through 5 of employment. This excludes any loans we pay at a different rate (i.e. Brokered, Internal Refinances, Direct Equity, etc). This does include Purchases & Non-PNC Refinance transactions. After this timeframe, you would revert to the standard compensation plan.

On your first day with us, please come to 26901 Agoura Rd Suite 290 Calabasas, CA 91301 at 10:00am. During the day, you'll meet quite a few people and go through new employee orientation. This will give you more information about the organization, our generous benefit plan, along with specific instructions for enrollment, and will get you started on your rewarding new adventure with us.

This employment offer is contingent on PNC receiving satisfactory results from your drug-screening test. You must have taken the test within 72 hours of the verbal offer of employment, and successfully pass the test. In addition, as a condition of employment you will be required to submit your fingerprints for comparison within the FBI database. The report must meet both PNC's and the FDIC's standards for employment in the banking industry. At the time you are scheduled for your drug test, you will also be scheduled to be fingerprinted. Prospective employees are expected to be printed pre-employment. If you are unable to make your appointment prior to your first day, please contact me as employees not printed within seven days of beginning employment may no longer be employed by PNC.

In compliance with the Secure and Fair Enforcement for Mortgage Licensing Act (SAFE Act), and as a requirement of your employment with PNC Bank, this employment offer is also contingent on

your providing answers to the SAFE Act disclosure questions which are acceptable to PNC and on your successful registration in the Nationwide Mortgage Licensing System (NMLS) and Registry.

This offer is also contingent upon you agreeing to, signing and returning the original attached Non-Solicitation/No-Hire/Confidentiality Agreement to the following individual on your first day of employment:

Stephanie Hull
23000 Millcreek Blvd,
Highland Hills, OH 44122
B7-YB72-03-C

As a new employee, our goal is to help you feel like part of the PNC team from day one. So to get you started on the right foot we've created www.pnc.jobs/pncfulltime. It is important that you take time to access this site prior to your first day, as it contains valuable information that will help get you started in your career at PNC.

The website also includes an overview of some of our ethics and conduct policies, as these are so important to the way we work. Please review these PNC Key Pre-Employment Issues carefully and let me know if you have any concerns about them or how they may affect you.

Additionally, you'll find information regarding the proof of identity required by the Immigration Reform and Control Act for all PNC applicants on the website. Please take a look at the list of acceptable documents so you'll know which forms of identification to bring with you to work. Just note that originals, not photocopies, are required.

Please note that PNC's offer of employment does not, of course, constitute a contract of employment or otherwise create any contractual rights or obligations for you or for PNC. If you have any questions about the offer, the materials on the website, or if we can do anything to help make things easier, please call me at 714-516-0902.

Again, Linda, we're thrilled to welcome you to PNC. And we wish you great success in your new position.

Best Regards,

Amy Abrahamson
Recruiter
Talent Acquisition
PNC