

# Earnings Statement
Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016
**FINAL STATEMENT**

| | | | | |
|---|---|---|---|---|
| **Producer:** SCHEID,LINDA | **Job Title:** MTG LOAN OFFICER WEST (MLO) | **Manager:** GILLIAM-MCCULLOUGH, YVETTE | **Logon ID:** PP58113 | **Salary:** $33,280.00 |
| **Job Entry Date:** 07/25/2011 | **Last Day Worked:** | **Branch:** 3205 - Torrance CA | | **Cost Center:** 2172821 |

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you.  If you have any questions concerning this report, please contact your Incentive Analyst.

Tuesday, April 02, 2019 10:39 AM

Page 1 of 4
PNC 000665



# Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016

Includes Activity thru 11/22/2016

FINAL STATEMENT

| | | | | |
|---|---|---|---|---|
| **Producer:** SCHEID,LINDA | **Job Title:** MTG LOAN OFFICER WEST (MLO) | **Manager:** GILLIAM-MCCULLOUGH, YVETTE | **Logon ID:** PP58113 | **Salary:** $33,280.00 |
| **Job Entry Date:** 07/25/2011 | **Last Day Worked:** | **Branch:** 3205 - Torrance CA | | **Cost Center:** 2172821 |

## DRAW INFORMATION

| Draw Type | Amount | Start | End |
|---|---|---|---|
| | | | |

## ELEVATED BPS INFORMATION

| Start Date | End Date | Amount |
|---|---|---|
| 10/01/2011 | 12/31/2011 | 65.0 |

## PERIOD DRAW INFORMATION

| Description | Period Beginning Balance | This Period Activity Paid | This Period Activity Recovered | This Period Activity Unrecovered | Period Ending Balance |
|---|---|---|---|---|---|
| Regular Pay | $0.00 | $2,560.00 | $2,560.00 | $0.00 | $0.00 |

## REFERRAL CROSS SELL INCENTIVE

| Description | Number of Revenue Credits | Amount |
|---|---|---|
| Retail Cross Sell Referral | 0.00 | $0.00 |
| AMG Cross Sell Referral | 0.00 | $0.00 |

## INCENTIVE PERIOD ADJUSTMENTS

| Description | Period Amount | Repay Regular Pay | Repay Non-Cumulative | Repay Cumulative | Gross Payroll Amount |
|---|---|---|---|---|---|
| Gross Incentive Period | $6,982.50 | | | | $6,982.50 |
| Incentive Adjusted | $6,982.50 | $2,560.00 | $0.00 | $0.00 | $4,422.50 |
| **Total Variable Earning:** | **$6,982.50** | **$2,560.00** | **$0.00** | **$0.00** | **$4,422.50** |

## EARNINGS SUMMARY

| Description | Amount |
|---|---|
| Total Variable Earning | $4,422.50 |
| Regular Pay | $1,280.00 |
| **Grand Total Earnings :** | **$5,702.50** |

## MONTHLY TIERING AND INCENTIVE WEIGHT

| Tier | Volume | Units | Tier Weight BPS | Quality Incentive BPS |
|---|---|---|---|---|
| 1 | $0 - $400,000 | 1 - 3 | 40.0 | - |
| 2 | $400,001 - $1,000,000 | 4 - 6 | 55.0 | 5.00 |
| 3 | $1,000,001 - $1,750,000 | 7 - 10 | 75.0 | 5.00 |
| 4 | $1,750,001+ | 11+ | 80.0 | 5.00 |

*Each incentive period the tier level is determined by the higher of the total "funded-disbursed" volume or "funded-disbursed" units.  (1 BPS = 1/10,000) Loan Officers will not receive credit for loans that close after the last day worked, except as may be required by state law.

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you.  If you have any questions concerning this report, please contact your Incentive Analyst.



# Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016
**FINAL STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| **Producer:** SCHEID,LINDA | **Job Title:** MTG LOAN OFFICER WEST (MLO) | **Manager:** GILLIAM-MCCULLOUGH, YVETTE | **Logon ID:** PP58113 | **Salary:** $33,280.00 |
| **Job Entry Date:** 07/25/2011 | **Last Day Worked:** | **Branch:** 3205 - Torrance CA | | **Cost Center:** 2172821 |

## INCENTIVE CREDIT DETAILS

### Standard

| Loan ID | Emp/Refi/Loan | App Date | Disb. Date | Borrower | Loan Amt | Unit Count | Origination Incentive | Branch of Sale |
|---|---|---|---|---|---|---|---|---|
| 8000737964 | | 09/07/2016 | 10/26/2016 | ALEXANDER | $748,000.00 | 1 | $5,610.00 | 3205 - Torrance CA |
| 8000746818 | R | 10/01/2016 | 10/31/2016 | FARR | $457,500.00 | 1 | $1,372.50 | 3205 - Torrance CA |
| | | | | **Totals for Standard :** | $1,205,500.00 | 2 | $6,982.50 | |

| | | | | | |
|---|---|---|---|---|---|
| **Period Totals/Gross Incentive :** | $1,205,500.00 | $0.00 | 2 | $6,982.50 | |

## ADJUSTMENTS

| Adjustment Type | Memo/Notes | Amount |
|---|---|---|
| ET RTL ADJ MIN STD D | MINIMUM PRODUCTION DEDUCTION ADJUSTMENT FROM PAY DATE 10/14/2016 | ($1,280.00) |
| ET RTL ADJ MIN STD D | MINIMUM PRODUCTION DEDUCTION ADJUSTMENT FROM PAY DATE 10/28/2016 | ($1,280.00) |

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you. If you have any questions concerning this report, please contact your Incentive Analyst.

Tuesday, April 02, 2019 10:39 AM

Page 3 of 4
PNC 000667



# Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016
**FINAL STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| **Producer:** SCHEID,LINDA | **Job Title:** MTG LOAN OFFICER WEST (MLO) | **Manager:** GILLIAM-MCCULLOUGH, YVETTE | **Logon ID:** PP58113 | **Salary:** $33,280.00 |
| **Job Entry Date:** 07/25/2011 | **Last Day Worked:** | **Branch:** 3205 - Torrance CA | | **Cost Center:** 2172821 |

## SUMMARY

| Group | Monthly Volume | YTD Volume |
|---|---:|---:|
| Standard | $748,000.00 | $8,605,587.00 |
| Home Equity Partners | $0.00 | $0.00 |
| Internal Refinance | $457,500.00 | $6,672,855.00 |
| Broker Loans | $0.00 | $0.00 |
| | **$1,205,500.00** | **$15,278,442.00** |

## PNC CROSS SELL REFERRAL TIERING AND REWARD

| Tier | Revenue Credit Accumulation | Referral Compensation |
|---|---|---|
| GOLD | 2,400+ | $500 |
| SILVER | 1,800 - 2,399 | $300 |
| BRONZE | 1,200 - 1,799 | $200 |

## ASSET MANAGEMENT GROUP (AMG) CROSS SELL REFERRAL TIERING AND REWARD

| Tier | Revenue Credit Accumulation | Referral Compensation |
|---|---|---|
| GOLD | 25,000+ | $500 |
| SILVER | 5,000 - 24,999 | $250 |
| BRONZE | 1 - 4,999 | $100 |

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you. If you have any questions concerning this report, please contact your Incentive Analyst.

Tuesday, April 02, 2019 10:39 AM

Page 4 of 4
PNC 000668