James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel: (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Highway N., Suite 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*,<br><br>    Defendants. | Case No.: 3:18-cv-04810-JCS<br><br>**DECLARATION OF ROBERT D. SOLOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   January 24, 2020<br>Time:   9:30 a.m.<br>Before: Hon. Joseph C. Spero<br><br>Trial Date: None Set |

I, ROBERT D. SOLOFF, declare as follows:

1. I am an attorney at law admitted *pro hac vice* in this matter. Swartz Swidler, LLC, Frank, Weinberg & Black, PLLC, the Law Offices of James M. Sitkin, and my firm, Robert D. Soloff, P.A., are attorneys of record herein for Plaintiffs Tanseer Kazi and Linda Sheid. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

2. I am fully familiar with all the factual matter discussed herein.

3. I am a 1984 graduate of Rutgers University School of Law. I was admitted to the Florida Bar in 1985.

4. I have been Board Certified in Labor & Employment Law from the Florida Bar from 2001 though the present.

5. I am a member of good standing of the Florida state bar. I have been admitted to practice before the Middle and Southern Districts of Florida and the United States Circuit Court of Appeals – Eleventh Circuit. I have been admitted to practice *pro hac vice* in certified wage and hour class actions in the U.S. District Court for the Western District of Pennsylvania, the District of New Jersey and the United States Third Circuit Court of Appeals.

6. Since 1985, I have been actively engaged in the litigation of Fair Labor Standards Act claims in U.S. District Court in Southern District of Florida. Since 2013, my practice has emphasized the representation of plaintiffs in class and collective actions involving wage and hour claims.

7. I have substantial experience in litigating large employment class and collective action wage and hour disputes. Since 2013, I have been class counsel in several putative class and/or collective action lawsuits, including the actions listed below:

1

  a. *Maddy, et al. v. General Electric Company*, United States District Court for the District of New Jersey, Case No.: 1:14-cv-00490 (JBS-KMW), (case settled);

  b. *Adjodha, et al. v. First Choice Bank, Inc., et al.*, American Arbitration Association (Arbitrator Jacquelin F. Drucker), AAA Case No.: 18 160 01117 13, (case settled);

  c. *Aguado, et al. v. Green Light Electrical Systems, Inc., et al.*, United States District Court, Southern District of Florida, Case No.: 1:14-cv-23156-KING, (collective action representing 21 plaintiffs, judgment entered June 2016);

  d. *Bland, et al. v. PNC Bank N.A.*, United States District Court, Western District of Pennsylvania, Case No.: 2:15-cv-01042-AJS, (case settled); and

  e. *Dooner, et al v. Haier US Appliance Division, d/b/a GE Appliances*, United States District Court for the District of New Jersey, Case No.: 1:17-cv-01635-JBS/KMU, (case settled).

8. I have represented the Broward County School Board for over 20 years, including defending class actions in arbitrations.

9. I currently represent several cities throughout South Florida, including the City of Tamarac and the City of Margate.

10. I have represented multiple public entities throughout South Florida in the past including, the Broward Sherriff's Office, City of Doral, City of North Miami Beach, North Bay Village, and Village of Biscayne Park.

11. I was an adjunct professor at Florida International University, Chapman Graduate School of Business, where I have taught courses in employment law, human resource metrics, and labor law and conflict resolution for the Masters of Science in Human Resource Management program from 2002 through 2016.

12. I have presented many lectures at seminars hosted by the National Business Institute, including presenting a lecture regarding the Fair Labor Standards Act and Florida Minimum Wage Law in July 2012, a lecture most recently at the *Human Resources from Start to Finish Seminar* on Wage and Benefit Issues in March 2016. Most recently in August 2019, I was a member of the panel presenting on the topic, *Preparation and Presentation…What the Arbitrator Needs to Hear*, before the Federal Mediation and Conciliation Service Twenty-Fourth Annual Florida Labor-Management Conference.

13. I have already dedicated significant resources in investigating and prosecuting the instant matter. Specifically, I have taken a lengthy deposition, analyzed and reviewed significant electronic records in discovery, and spoken extensively with Plaintiff Linda Scheid regarding the claims asserted.

14. My firm has the means, capability, and intent to litigate this case to conclusion. I have demonstrated my willingness and ability to stay the distance in wage and hour class actions by litigating without payment for several years in a wage and hour class, *Maddy, et al. v. General Electric Company*, which settled after three (3) year of litigation.

15. I am unaware of any conflict of interest between my firm, my co-counsel or the Plaintiffs, on the one hand, and the putative Class Members, on the other hand.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected.

Executed on August 30, 2019, in Plantation, Florida.

_____
Robert D. Soloff, Esquire