James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel:  (415) 318-1048
Fax:  (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ  08003
Tel:  (856) 685-7420
Fax:  (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*<br><br>    Defendants. | Case No: 3:18-cv-04810-JCS<br><br>**DECLARATION OF JAMES M. SITKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  January 24, 2020<br>Time:  9:30 a.m.<br>Before: Hon. Joseph C. Spero<br><br>Trial Date:     None Set |

I, JAMES M. SITKIN, declare as follows:

1. I am an attorney at law admitted to practice before this Court. I am among the attorneys herein representing Plaintiffs Tanseer Kazi and Linda Scheid ("Plaintiffs"). I submit this declaration in support of Plaintiffs' motion for class certification. I hereafter refer to Defendant PNC Bank, N.A. as "PNC" or "Defendant."

## PROPOSED CLASS COUNSEL HAS SUBSTANTIAL EXPERIENCE AND CAN EFFECTIVELY REPRESENT THE CLASS

2. Following my 1982 graduation from the University of California, Hastings College of the Law, and my admission to practice law in California in February 1983, I have specialized in civil litigation in both state and federal courts. I have a number of years of experience in complex business litigation and have significant experience and expertise in representing employees in wage and hour class actions/FLSA collective actions. Since before I, as a partner, co-founded Dacey & Sitkin in 2001, a major part of my practice has involved representation of employees in wage and hour class/collective actions which were litigated in courts in California and elsewhere, though I have continued to practice in other areas, too. This has included litigation in federal courts inside and outside California and California state courts. I have continued that specialization since Dacey & Sitkin's dissolution and Mr. Dacey's retirement.

3. Without interruption since I co-founded Dacey & Sitkin in 2001, I have served a lead class counsel or co-lead class counsel in wage and hour class actions. I have received court approval as class counsel in wage and hour class actions asserting California wage and hour claims involving industries ranging from national bus tour companies to insurance to security services to computers to mental health outreach services to airborne medical services to motor carriers. I have obtained recoveries of tens of millions of dollars for employees whom I have represented in class actions. The

1

cases have included claims for off-the-clock work, including unpaid non-productive time, and meal/rest break violations.

4. All class action settlements of wage and hour class actions that I have submitted to a Court have received final approval. They have engendered one objection, which was overruled, and focused on an irrelevant matter involving bird splatter on the objector's car in the employee parking lot. No court has ever denied my adequacy to serve as class counsel in any wage and hour class action.

5. I have received the highest rating by Martindale Hubbell.

6. I am unaware of any conflict of interest between my firm, my co-counsel, or the Plaintiffs, on the one hand, and the putative Class Members, on the other hand.

7. I have the means, capability, and intent to litigate this case to conclusion. I have demonstrated my willingness and ability to stay the distance in wage and hour class actions by litigating without payment a wage and hour case that took over six years to reach a successful conclusion and my partnership's expending over $150,000 to litigate another class action. In the former case, a respected California litigation review ranked it the second most impressive wage and hour class action settlement for the year involved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 30, 2019 in Oakland, California.

_____
James M. Sitkin