James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel:  (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ 08003
Tel:  (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*<br><br>Defendants. | Case No: 3:18-cv-04810-JCS<br><br>**DECLARATION OF MARC A. SILVERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  January 24, 2020<br>Time: 9:30 a.m.<br>Before: Hon. Joseph C. Spero<br><br>Trial Date:  None Set |

1. I, MARC A. SILVERMAN, do hereby declare under penalty of perjury, that the following representations contained in this Declaration are true and correct to the best of my personal knowledge:

2. I am an attorney at law admitted to practice before this Court *pro hac vice*, and I am a partner in the law firm Frank Weinberg Black, P.L. I serve as co-lead counsel for Plaintiffs in this action along with James M. Sitkin, Esq., The Law Offices of James M. Sitking, Justin L. Swidler, Esq. of Swartz Swidler, LLC, and Robert D. Soloff, Esq., of Robert T. Soloff, P.A., and I am familiar with all of the factual matters discussed herein. My co-counsel and I are the attorneys herein representing Plaintiffs Tanseer Kazi and Linda Scheid ("Plaintiffs"). I submit this declaration in support of Plaintiffs' motion for class certification. I hereafter refer to Defendant PNC Bank, N.A. as "PNC" or "Defendant."

3. An extensive portion of Frank Weinberg Black, P.L.,'s business involves complex litigation and its litigation attorneys are experienced trial lawyers with considerable experience in litigating wage and hour actions (representing both Plaintiffs and Defendants), most of which are litigated in the United States District Courts of the State of Florida. I have nearly twenty-one (21) years of complex civil litigation experience with particular emphasis in wage and hour, individual, collective and class actions on behalf of both employers and employees in FLSA and other wage cases. I have substantial familiarity with the work of the putative class members in this action who worked as Mortgage Loan Officers for PNC Bank ("PNC" or "Defendant") based on my participation in these proceedings to date, as well as the various issues including the job duties and hours of work of the Plaintiffs and the putative class members, and the factual underpinnings of PNC's purported affirmative defenses asserted in this case.

4. I have served as lead counsel in over 70 wage and hour court cases and arbitrations. With regard to class actions, I was most recently co-lead counsel in the nationwide FLSA class action case styled *Bland, et. al., vs. PNC Bank, N.A.*, which was filed an litigated in the United States District Court for the Western District of Pennsylvania (Case No.: 2:15-cv-01042-AJS). Similarly, I served as Claimants' co-lead counsel in two arbitration actions before the American Arbitration Association ("AAA") styled: *Moise, et. al., v. Everbank*, AAA Case No.: 01-15-0004-8988 (2016), and *Adjodha, et. al., v. First Choice Bank, et. al.,*

1

AAA Case No.: 18-160-01117-13 (2013) both of which were litigated as FLSA collective actions. In *Adjodha*, the collective action settlement was approved by the U.S. District Court (NJ) in *First Choice Bank, Inc., et. al. v. Adjodha, et. al.*, Case No.: 3:14-cv-06183-MAS (D. NJ 2014), and on October 23, 2014 the Court confirmed the stipulated arbitration award (settlement agreement) and found same to be fair to the collective class members. I was also recently co-lead counsel in a hybrid Rule 23 class action and FLSA collective action in the Southern District of Florida styled *Knox, et. al. v. The Berkley Group, Inc., et. al.*, Case No.: 0:15-cv-61708-WPD (S.D. Fla. 2015).

5. I have acted as either lead counsel or co-lead defense counsel in numerous other actions, primarily in both the Southern and Middle District Courts of Florida. I also acted as co-lead counsel in *Mashburn, etc. et. al., v. First Choice Loan Services, Inc., etc., et. al.*, S.D. Fla. Case No.:13-81024-Civ-Ryskamp/Hopkins. Most recently (other than the above-styled action), I am currently acting as co-counsel of record for the Plaintiffs in the nationwide FLSA class action case pending in the Southern District of New York, styled *Martin, et. al., v. TIAA Bank, FSB*, Southern District of New York Case No.: 19-cv-01707 AJN.

6. I have acted as either lead counsel or co-lead defense counsel in numerous other actions, primarily in both the Southern and Middle District Courts of Florida.

7. I am a member in good standing of the Florida Bar, and the Eleventh Circuit Court of Appeals, and the bars of both the United States District Courts for both the Southern and Middle Districts of Florida. I have also been admitted *pro hac vice* to this Court in the instant case, the United States District Court for the Eastern District of New York (2004 and 2019) and in United States District Court for the Western District of Pennsylvania (in the *Bland, et. al., vs. PNC Bank, N.A.*, case).

8. I have had extensive involvement in the discovery involved in the above-styled action and have reviewed the records (and electronic records) produced by PNC in this action.

1. Plaintiffs' counsel will fairly and adequately represent the interests of the class.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my personal knowledge.

Dated: August 30, 2019

                         FRANK, WEINBERG & BLACK, P.L.
                         Counsel for Defendant
                         7805 S.W. 6th Court
                         Plantation, FL 33324
                         Telephone: (954)474-8000
                         Fax: (954)474-9850

                         By: _____
                              Marc A. Silverman, Esq.
                              msilverman@fwblaw.net
                              Florida Bar No.: 144444