James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel: (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*,<br><br>    Defendants. | Case No.: 3:18-cv-04810-JCS<br><br>**DECLARATION OF LINDA SCHEID IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    January 24, 2020<br>Time:    9:30 a.m.<br>Before:  Hon. Joseph C. Spero<br><br>Trial Date: None Set |

I, LINDA SCHEID, declare as follows:

1. I am the Plaintiff in this case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify to such facts. I offer this declaration in support of Plaintiffs' motion for class certification.

2. I was employed by PNC Bank as a Mortgage Loan Officer from the start of the class period (June of 2014) through in or about February 8, 2019.

3. I understand that my employee ID at PNC Bank was 562977775.

4. I understand that in bringing this lawsuit I am seeking to act on behalf of other former or current loan officers whom PNC Bank employed in California at any time since June of 2014, in addition to myself. As a class representative, I intend to continue to look out for their interests regarding the claims asserted in this action. I understand that as a class representative I cannot put my interests ahead of those whom I represent. I do not have any interests or claims against PNC Bank that conflict with the interests of the proposed classes.

5. Mortgage Loan Officers share basic job duties. Primarily, I was responsible for originating and selling residential mortgage loans for potential borrowers from PNC, in accordance with PNC's established policies and procedures.

6. During my employment, PNC paid me according to a "Loan Officer Compensation Plan," █████████████████████████████

███████

█  █████████████████████████████████████

████████████████████████████████████████

███████.

8. Every two weeks, I was provided $16 per hour for each hour I was clocked into the timekeeping system. I generally clocked in around 8 am, clocked out for lunch around 12 pm, clocked in again around 1 pm, and clocked out at the end of the day around 5 pm. ████████████████████████████████████████

████████████████████████

1

DECL. OF LINDA SCHEID IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – CASE NO.: 3:18-CV-04810-JCS

1   9.   Some of the job duties I performed included attending webinars and online trainings. In addition, I was periodically required to attend sales and/or training meetings conducted by my manager or other management, in-person and via telephone. During these sessions, PNC instructed me to clock in, but I was not permitted or able to engage in sales activities.

10.   [redacted]

11.   [redacted]

12.   PNC issued me and other Loan Officers pay statements every two weeks. As an example of such pay statements, I have attached as "Exhibit A" to this Declaration a copy of the pay statements PNC provided me in October 2016, along with my Commission Earnings Statement, also provided to me for the October 2016 period.

13.   The Regular Pay was provided for the hours I was clocked in to work, including during my morning and afternoon rest periods and for non-sales work I performed during the month.

14.   [redacted]



15. During the same month, I closed two loans totaling $1,205,500. According to my Earnings Statement, I should have been paid 75 basis points for such loans based on the volume. *See* Exhibit A at PNC000666. However, I was only provided 75 basis points on the first loan, and was paid 30 basis points on the second loan. *See* PNC000667. My gross commissions on such loans totaled $6,982.50. The calculation relating to such loan sales was produced at PNC000301 and is shown immediately below.

### INCENTIVE CREDIT DETAILS

#### Standard

| Loan ID | Emp/Refi /Loan | App Date | Disb. Date | Borrower | Loan Amt | Unit Count | Origination Incentive | Branch of Sale |
|---|---|---|---|---|---|---|---|---|
| 8000737964 | | 09/07/2016 | 10/26/2016 | ALEXANDER | $748,000.00 | 1 | $5,610.00 | 3205 - Torrance CA |
| 8000746818 | R | 10/01/2016 | 10/31/2016 | FARR | $457,500.00 | 1 | $1,372.50 | 3205 - Torrance CA |
| | | | | Totals for Standard : | $1,205,500.00 | 2 | $6,982.50 | |

| | | | | Period Totals/Gross Incentive : | $1,205,500.00 | $0.00 | 2 | $6,982.50 |
|---|---|---|---|---|---|---|---|---|

#### ADJUSTMENTS

| Adjustment Type | Memo/Notes | Amount |
|---|---|---|
| ET RTL ADJ MIN STD D | MINIMUM PRODUCTION DEDUCTION ADJUSTMENT FROM PAY DATE 10/14/2016 | ($1,280.00) |
| ET RTL ADJ MIN STD D | MINIMUM PRODUCTION DEDUCTION ADJUSTMENT FROM PAY DATE 10/28/2016 | ($1,280.00) |

16. ███████████████████████████████████████████████████████████████████████████████████████████████████. Thus, instead of being paid $6,982.50 in *addition* to my Regular Pay of $2,560, my monthly commission payment was reduced to reflect the draw I had already been provided, and I was only paid the remaining portion of my commissions, $4,422.50, at the end of the month. The records showing this deduction and pay have been produced at PNC000666 and are shown immediately below.

#### PERIOD DRAW INFORMATION

| Description | Period Beginning Balance | This Period Activity | | | Period Ending Balance |
|---|---|---|---|---|---|
| | | Paid | Recovered | Unrecovered | |
| Regular Pay | $0.00 | $2,560.00 | $2,560.00 | $0.00 | $0.00 |

#### REFERRAL CROSS SELL INCENTIVE

| Description | Number of Revenue Credits | Amount |
|---|---|---|
| Retail Cross Sell Referral | 0.00 | $0.00 |
| AMG Cross Sell Referral | 0.00 | $0.00 |

#### INCENTIVE PERIOD ADJUSTMENTS

| Description | Period Amount | Repay Regular Pay | Repay Non-Cumulative | Repay Cumulative | Gross Payroll Amount |
|---|---|---|---|---|---|
| Gross Incentive Period | $6,982.50 | | | | $6,982.50 |
| Incentive Adjusted | $6,982.50 | $2,560.00 | $0.00 | $0.00 | $4,422.50 |
| Total Variable Earning: | $6,982.50 | $2,560.00 | $0.00 | $0.00 | $4,422.50 |

17. ██████████████████████████████████

18. I understand that all loan officers at PNC working in the state of California were subject to the same Compensation Plans and the same types of deductions that I was subject to and that are discussed in this declaration.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 30, 2019 in Fontana, California.

**Signature:** *Linda A Scheid*
Linda A Scheid (Aug 30, 2019)

**Email:** lscheid274@aol.com

Aug 30, 2019

EXHIBIT A

# Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016

**FINAL STATEMENT**

**Producer:** SCHEID, LINDA
**Job Entry Date:** 07/25/2011

**Job Title:** MTG LOAN OFFICER WEST (MLO)
**Last Day Worked:**

**Manager:** GILLIAM-MCCULLOUGH, YVETTE
**Branch:** 3205 - Torrance CA

**Logon ID:** PP58113

**Salary:** $33,280.00
**Cost Center:** 2172821

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you. If you have any questions concerning this report, please contact your Incentive Analyst.

# PNC

## Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016
**FINAL STATEMENT**

| Producer: | SCHEID, LINDA | Job Title: | MTG LOAN OFFICER WEST (MLO) | Manager: | GILLIAM-MCCULLOUGH, YVETTE | Logon ID: | PP58113 | Salary: | $33,280.00 |
|---|---|---|---|---|---|---|---|---|---|
| Job Entry Date: | 07/25/2011 | Last Day Worked: | | Branch: | 3205 - Torrance CA | | | Cost Center: | 2172821 |

### EARNINGS SUMMARY

| Description | Amount |
|---|---|
| Total Variable Earning | $4,422.50 |
| Regular Pay | $1,280.00 |
| **Grand Total Earnings :** | **$5,702.50** |

### DRAW INFORMATION

| Draw Type | Amount | Start | End |
|---|---|---|---|
| | | | 65.0 |

### ELEVATED BPS INFORMATION

| Start Date | End Date |
|---|---|
| 10/01/2011 | 12/31/2011 |

### PERIOD DRAW INFORMATION

| Description | Period Beginning Balance | This Period Activity | | | Period Ending Balance |
|---|---|---|---|---|---|
| | | Paid | Recovered | Unrecovered | |
| Regular Pay | $0.00 | $2,560.00 | $2,560.00 | $0.00 | $0.00 |

### MONTHLY TIERING AND INCENTIVE WEIGHT

| Tier | Volume | Units | Tier Weight BPS | Quality Incentive BPS |
|---|---|---|---|---|
| 1 | $0 - $400,000 | 1 - 3 | 40.0 | - |
| 2 | $400,001 - $1,000,000 | 4 - 6 | 55.0 | 5.00 |
| 3 | $1,000,001 - $1,750,000 | 7 - 10 | 75.0 | 5.00 |
| 4 | $1,750,001+ | 11+ | 80.0 | 5.00 |

*Each incentive period the tier level is determined by the higher of the total "funded-disbursed" volume or "funded-disbursed" units. (1 BPS = 1/10,000) Loan Officers will not receive credit for loans that close after the last day worked, except as may be required by state law.

### REFERRAL CROSS SELL INCENTIVE

| Description | Number of Revenue Credits | Amount |
|---|---|---|
| Retail Cross Sell Referral | 0.00 | $0.00 |
| AMG Cross Sell Referral | 0.00 | $0.00 |

### INCENTIVE PERIOD ADJUSTMENTS

| Description | Period Amount | Repay Regular Pay | Repay Non-Cumulative | Repay Cumulative | Gross Payroll Amount |
|---|---|---|---|---|---|
| Gross Incentive Period | $6,982.50 | | | | $6,982.50 |
| Incentive Adjusted | $6,982.50 | $2,560.00 | $0.00 | $0.00 | $4,422.50 |
| **Total Variable Earning:** | **$6,982.50** | **$2,560.00** | **$0.00** | **$0.00** | **$4,422.50** |

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you. If you have any questions concerning this report, please contact your Incentive Analyst.

# PNC

## Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016
**FINAL STATEMENT**

| Producer: | SCHEID,LINDA | Job Title: | MTG LOAN OFFICER WEST (MLO) | Manager: | GILLIAM-MCCULLOUGH, YVETTE | Logon ID: | PP58113 | Salary: | $33,280.00 |
|---|---|---|---|---|---|---|---|---|---|
| Job Entry Date: | 07/25/2011 | Last Day Worked: | | Branch: | 3205 - Torrance CA | | | Cost Center: | 2172821 |

### INCENTIVE CREDIT DETAILS

#### Standard

| Loan ID | Emp/Refi /Loan | App. Date | Disb. Date | Borrower | Loan Amt | Unit Count | Origination Incentive | Branch of Sale |
|---|---|---|---|---|---|---|---|---|
| 8000737964 | | 09/07/2016 | 10/26/2016 | ALEXANDER | $748,000.00 | 1 | $5,610.00 | 3205 - Torrance CA |
| 8000746818 | R | 10/01/2016 | 10/31/2016 | FARR | $457,500.00 | 1 | $1,372.50 | 3205 - Torrance CA |
| | | | | **Totals for Standard :** | **$1,205,500.00** | **2** | **$6,982.50** | |

| | | | | **Period Totals/Gross Incentive :** | **$1,205,500.00** | $0.00 | **2** | $6,982.50 |

### ADJUSTMENTS

| Adjustment Type | Memo/Notes | Amount |
|---|---|---|
| ET RTL ADJ MIN STD D | MINIMUM PRODUCTION DEDUCTION ADJUSTMENT FROM PAY DATE 10/14/2016 | ($1,280.00) |
| ET RTL ADJ MIN STD D | MINIMUM PRODUCTION DEDUCTION ADJUSTMENT FROM PAY DATE 10/28/2016 | ($1,280.00) |

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you. If you have any questions concerning this report, please contact your Incentive Analyst

# Earnings Statement

Pay Period from 10/16/2016 to 10/31/2016, Pay Date 11/25/2016
Includes Activity thru 11/22/2016
**FINAL STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| **Producer:** SCHEID,LINDA | **Job Title:** MTG LOAN OFFICER WEST (MLO) | **Manager:** GILLIAM-MCCULLOUGH, YVETTE | **Logon ID:** PP58113 | **Salary:** $33,280.00 |
| **Job Entry Date:** 07/25/2011 | **Last Day Worked:** | **Branch:** 3205 - Torrance CA | | **Cost Center:** 2172821 |

### SUMMARY

| Group | Monthly Volume | YTD Volume |
|---|---|---|
| Standard | $748,000.00 | $8,605,587.00 |
| Home Equity Partners | $0.00 | $0.00 |
| Internal Refinance | $457,500.00 | $6,672,855.00 |
| Broker Loans | $0.00 | $0.00 |
| | **$1,205,500.00** | **$15,278,442.00** |

### PNC CROSS SELL REFERRAL TIERING AND REWARD

| Tier | Revenue Credit Accumulation | Referral Compensation |
|---|---|---|
| GOLD | 2,400+ | $500 |
| SILVER | 1,800 - 2,399 | $300 |
| BRONZE | 1,200 - 1,799 | $200 |

### ASSET MANAGEMENT GROUP (AMG) CROSS SELL REFERRAL TIERING AND REWARD

| Tier | Revenue Credit Accumulation | Referral Compensation |
|---|---|---|
| GOLD | 25,000+ | $500 |
| SILVER | 5,000 - 24,999 | $250 |
| BRONZE | 1 - 4,999 | $100 |

All calculations were made under PNC Mortgage, a division of PNC Bank, National Association's Incentive Policies and Procedures, a copy of which has previously been furnished to you.  If you have any questions concerning this report, please contact your Incentive Analyst.

# Earnings Statement

**PNC**

Torrance E CA172  002592-002537
MAIL- 2172821
PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Phone number: 1-877-968-7762

| | |
|---|---|
| Period Beg/End: | 10/03/2016 - 10/16/2016 |
| Advice Date: | 10/14/2016 |
| Advice Number: | 6425228 |
| Batch Number: | 00563 |

Page 001 of 002

LINDA SCHEID
734 SOUTH DUNSMUIR AVE
LOS ANGELES, CA 90036

| | |
|---|---|
| Department: | 8500008605 |
| Employee ID: | 562977775 |
| Marital Status: | Fed: S   State: S |
| Expts/Allow: | Fed: 05   State: 05 |
| Add'l Withholdings: | Fed: 0   State: 0 |
| Work State: | CA |

### Earnings

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 1024.00 | 24832.00 |
| Vacation | 16.00 | 256.00 | 1152.00 |
| Commission-Reg Tax | | | 34196.05 |
| Commission-Supp Tax | | | 288.05 |
| Holiday | | | 896.00 |
| OT Non-Discr Variable | | | 1169.66 |
| Other Comp Paid | | | 2.00 |
| Overtime Pay | | | 2664.00 |
| Straight Time | | | 80.00 |
| CarryoverVacationHrs | | | 32.00 |
| Other Earnings | | | |
| **Gross Pay** | | **1280.00** | **65279.76** |

### Taxable Benefit (Imputed) Items

| | this period | year-to-date |
|---|---|---|
| Emplyer Pd Disability | 11.19 | 580.55 |
| Non-Cash Award | | 5.00 |
| IMP LIF | | 0.42 |
| Other Taxable Benefits | | |
| **Total Taxable Benefit Items** | **11.19** | **585.97** |

### Other Benefit Information

| | this period | year-to-date |
|---|---|---|
| Savings Plan Company Match | 51.20 | 2421.43 |
| ER HSA CON | 4.00 | 80.80 |
| Vacation Balance | | 50.67 |

| Taxable Wgs | Federal | FICA | State | Local |
|---|---|---|---|---|
| Current | 1202.84 | 1254.04 | 1202.84 | |
| YTD | 62664.15 | 65085.58 | 62664.15 | |

### Tax Deductions

| | this period | year-to-date |
|---|---|---|
| Federal Income Tax | 33.75 | 10540.48 |
| Social Security | 77.75 | 4035.31 |
| Medicare | 18.18 | 943.74 |
| CA Income Tax | 3.96 | 3766.63 |
| Other Taxes | | |
| **Total Taxes** | **133.64** | **19286.16** |

### Additional Deductions

| | | this period | year-to-date |
|---|---|---|---|
| ISP | * | 51.20 | 2421.43 |
| ACC INS | | 1.11 | 23.31 |
| DENTAL | * | 6.77 | 142.17 |
| EE HSA CON | * | 5.00 | 105.00 |
| ISP Loan 1 | | 37.68 | 791.28 |
| MEDICAL | * | 25.38 | 532.98 |
| OPT LIF EE | | 30.33 | 633.02 |

Other Deductions

| | this period | year-to-date |
|---|---|---|
| **Total Deductions** | **157.47** | **4649.19** |

* This deduction reduces taxable gross.

**Net Pay (Direct Deposit + Check)   988.89**

©1998, 2006.   ADP, LLC   All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Advice Number: 6425228
Advice Date: 10/14/2016

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| LINDA SCHEID | 21664-01158 | 988.89 |

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**PNC**

Torrance E CA172  
MAIL- 2172821  
PNC Bank, National Association  
Corporate Payroll Loc: BY-YB32-02-1  
4100 West 150th Street  
Cleveland OH 44135-1389  

002593-002537

Phone number: 1-877-968-7762

**Earnings Statement**

Page 002 of 002  
Period Beg/End: 10/03/2016 - 10/16/2016  
Advice Date: 10/14/2016  
Advice Number: 6425228  
Batch Number: 00563  

LINDA SCHEID  
734 SOUTH DUNSMUIR AVE  
LOS ANGELES, CA 90036  

Department: 8500008605  
Employee ID: 562977775  
Marital Status: Fed: S   State: S  
Expts/Allow: Fed: 05   State: 05  
Add'l Withholdings: Fed: 0   State: 0  
Work State: CA  

| Earnings    | Pay Period          | Rate   | Hours  | Amount   |
|-------------|---------------------|--------|--------|----------|
| Regular Pay | 10/03/16 - 10/16/16 | 16.000 | -16.00 | 1,024.00 |
| Vacation    | 09/26/16 - 10/02/16 | 16.000 |  16.00 |   256.00 |
| **TOTALS**  |                     |        |   0.00 | 1,280.00 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**PNC**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



```
Torrance E CA172          002845-002790
MAIL- 2172821
PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Phone number: 1-877-968-7762
```

## Earnings Statement

| | |
|---|---|
| Page | 001 of 002 |
| Period Beg/End: | 10/17/2016-10/30/2016 |
| Advice Date: | 10/28/2016 |
| Advice Number: | 6477778 |
| Batch Number: | 00569 |

```
Department:         8500008605
Employee ID:        562977775
Marital Status:     Fed: S       State: S
Expts/Allow:        Fed: 05      State: 05
Add'l Withholdings: Fed: 0       State: 0
Work State:         CA
```

LINDA SCHEID
734 SOUTH DUNSMUIR AVE
LOS ANGELES, CA  90036

### Earnings

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 1024.00 | 25856.00 |
| Commission-Reg Tax | | 10275.00 | 44471.05 |
| Holiday | 8.00 | 128.00 | 1024.00 |
| Personal Day | 8.00 | 128.00 | 128.00 |
| Commission-Supp Tax | | | 288.05 |
| OT Non-Discr Variable | | | 1169.66 |
| Other Comp Paid | | | 2.00 |
| Overtime Pay | | | 2664.00 |
| Straight Time | | | 80.00 |
| Vacation | | | 1152.00 |
| CarryoverVacationHrs | | | 32.00 |
| **Gross Pay** | | **11555.00** | **76834.76** |

### Tax Deductions

| | this period | year-to-date |
|---|---|---|
| Federal Income Tax | 2831.32 | 13371.80 |
| Social Security | 720.53 | 4755.84 |
| Medicare | 168.51 | 1112.25 |
| CA Income Tax | 1028.83 | 4795.46 |

Other Taxes

| | | |
|---|---|---|
| Total Taxes | 4749.19 | 24035.35 |

### Taxable Benefit (Imputed) Items

| | this period | year-to-date |
|---|---|---|
| Emplyer Pd Disability | 103.66 | 684.21 |
| Non-Cash Award | | 5.00 |
| IMP LIF | | 0.42 |

Other Taxable Benefits

| | | |
|---|---|---|
| Total Taxable Benefit Items | 103.66 | 689.63 |

### Additional Deductions

| | | this period | year-to-date |
|---|---|---|---|
| ISP | * | 256.70 | 2678.13 |
| ACC INS | | 1.11 | 24.42 |
| DENTAL | * | 6.77 | 148.94 |
| EE HSA CON | * | 5.00 | 110.00 |
| ISP Loan 1 | | 37.68 | 828.96 |
| MEDICAL | * | 25.38 | 558.36 |
| OPT LIF EE | | 30.33 | 663.35 |

### Other Benefit Information

| | this period | year-to-date |
|---|---|---|
| Savings Plan Company Match | 256.70 | 2678.13 |
| ER HSA CON | 3.84 | 84.64 |
| Vacation Balance | | 50.67 |

Other Deductions

| | | |
|---|---|---|
| Total Deductions | 362.97 | 5012.16 |

* This deduction reduces taxable gross.

| | |
|---|---|
| Net Pay (Direct Deposit + Check) | 6442.84 |

### Taxable Wgs

| | Federal | FICA | State | Local |
|---|---|---|---|---|
| Current | 11364.81 | 11621.51 | 11364.81 | |
| YTD | 74028.96 | 76707.09 | 74028.96 | |



```
PNC Bank, National Association           Advice Number: 6477778
Corporate Payroll Loc: BY-YB32-02-1      Advice Date:   10/28/2016
4100 West 150th Street
Cleveland OH 44135-1389
```

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| LINDA SCHEID | 21664-01158 | 6442.84 |

**THIS IS NOT A CHECK**

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



# Earnings Statement

**PNC**

Torrance E CA172   002846-002790
MAIL- 2172821
PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Phone number: 1-877-968-7762

| | |
|---|---|
| Period Beg/End: | Page 002 of 002 |
| | 10/17/2016-10/30/2016 |
| Advice Date: | 10/28/2016 |
| Advice Number: | 6477778 |
| Batch Number: | 00569 |

| | |
|---|---|
| Department: | 8500008605 |
| Employee ID: | 562977775 |
| Marital Status: | Fed: S     State: S |
| Expts/Allow: | Fed: 05    State: 05 |
| Add'l Withholdings: | Fed: 0     State: 0 |
| Work State: | CA |

LINDA SCHEID
734 SOUTH DUNSMUIR AVE
LOS ANGELES, CA 90036

| Earnings | Pay Period | Rate | Hours | Amount |
|---|---|---|---|---|
| Regular Pay | 10/17/16 - 10/30/16 | 16.000 | -16.00 | 1,024.00 |
| Commission-Reg Tax | 09/01/16 - 09/30/16 | 0.000 | 0.00 | 10,275.00 |
| Holiday | 10/10/16 - 10/16/16 | 16.000 | 8.00 | 128.00 |
| Personal Day | 10/17/16 - 10/23/16 | 16.000 | 8.00 | 128.00 |
| **TOTALS** | | | 0.00 | 11,555.00 |



©1998, 2006. ADP, LLC All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**PNC**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Declaration of Linda Scheid

Final Audit Report                                                                 2019-08-30

| | |
|---|---|
| Created: | 2019-08-30 |
| By: | Justin Swidler (jswidler@swartz-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXXv3idfdv7eRpr1dUoCvF7uGiC2BfPX2 |

## "Declaration of Linda Scheid" History

- Document created by Justin Swidler (jswidler@swartz-legal.com)
  2019-08-30 - 10:39:12 PM GMT- IP address: 96.248.80.30

- Document emailed to Linda A Scheid (lscheid274@aol.com) for signature
  2019-08-30 - 10:39:41 PM GMT

- Email viewed by Linda A Scheid (lscheid274@aol.com)
  2019-08-30 - 11:45:38 PM GMT- IP address: 174.210.14.107

- Document e-signed by Linda A Scheid (lscheid274@aol.com)
  Signature Date: 2019-08-30 - 11:58:32 PM GMT - Time Source: server- IP address: 174.210.14.107

- Signed document emailed to Marc Silverman (msilverman@fwblaw.net), Justin Swidler (jswidler@swartz-legal.com), James Sitkin (jsitkin@sitkinlegal.com), Daeun Kim (dkim@swartz-legal.com), and 2 more
  2019-08-30 - 11:58:32 PM GMT

Adobe Sign