James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel: (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*,<br><br>    Defendants. | Case No.:  3:18-cv-04810-JCS<br><br>**DECLARATION OF TANSEER KAZI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:     January 24, 2020<br>Time:    9:30 a.m.<br>Before:  Hon. Joseph C. Spero<br><br>Trial Date: None Set |

I, TANSEER KAZI, declare as follows:

1. I am the Plaintiff in this case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify to such facts. I offer this declaration in support of Plaintiffs' motion for class certification.

2. I was employed by PNC Bank as a Mortgage Loan Officer in or around September of 2014. I was then rehired by PNC Bank as a Mortgage Loan Officer in or around January of 2017 and remained employed in that role until in or around June 28, 2018.

3. I understand that my employee ID at PNC Bank was 633634964.

4. I understand that in bringing this lawsuit I am seeking to act on behalf of other former or current loan officers whom PNC Bank employed in California at any time since June of 2014, in addition to myself. As a class representative, I intend to continue to look out for their interests regarding the claims asserted in this action. I understand that as a class representative I cannot put my interests ahead of those whom I represent. I do not have any interests or claims against PNC Bank that conflict with the interests of the proposed classes.

5. Mortgage Loan Officers share basic job duties. Primarily, I was responsible for originating and selling residential mortgage loans for potential borrowers from PNC, in accordance with PNC's established policies and procedures.

6. ███████████████████████████████████████████████████████████████████████████

7. ███████████████████████████████████████████████████████████████████████████

8. Every two weeks, I was provided $16 per hour for each hour I was clocked into the timekeeping system. Most days, I clocked in at 8 am, clocked out for lunch at 12 pm, clocked in again at 1 pm, and clocked out at the end of the day at 5 pm. During each

1

1  four-hour block, PNC's policy instructed me to take a rest break.  I was not to clock out
2  for such rest periods.
3     9.   Some of the job duties I performed included attending webinars and online
4  trainings.  In addition, I was periodically required to attend sales and/or training meetings
5  conducted by my manager or other management, in-person and via telephone. During
6  these sessions, PNC instructed me to clock in, but I was not permitted or able to engage
7  in sales activities.
8     10.   █████████████████████████

[lines 9–14 redacted]

15    11.   For example, for the month of May of 2017, I was provided Regular Pay for
16  160 hours of work at $16/hour, totaling $1,280 every two weeks, or $2,560 for the month.
17  Copies of the Earnings Records produced by PNC showing these payments are directly
18  below and I understand have been produced by PNC at bate stamp PNC000050.

```
P/E Date    FormID   <----- REGULAR -----> <----- OVERTIME ----> <--------- OTHER ---------->                <
Check# \Dept. ID     Hours     Earnings    Hours     Earnings    Type    Hours     Earnings    Gross Pay
Hourly Rate
------- Earnings Type Description ----------
CP1-Cap on VCA Earn/ISP
CXC-Commission-Supp Tax
712-Emplyer Pd Disability
-----------------------------------------
05/14/17  DEPOS1                                                                                1,280.00
7223192 8500008377   80.00     1,280.00                          CP1
16.000                                                           712              10.55

------- Earnings Type Description ----------
CP1-Cap on VCA Earn/ISP
712-Emplyer Pd Disability
-----------------------------------------
05/28/17  DEPOS1                                                                                2,218.82
7276280 8500008377   80.00     1,280.00                          CP1              469.41
16.000                                                           CDB              938.82
                                                                 712               19.00
```

12. PNC issued me and other Loan Officers pay statements every two weeks which provided the same information that is shown in the record produced by PNC and referenced in the previous paragraph. As an example, I have attached as "Exhibit A" to this Declaration a copy of the pay statement PNC provided me for the May 14, 2017 check.

13. The Regular Pay was provided for the hours I was clocked in to work, including during my morning and afternoon rest periods and for non-sales work I performed during the month.

14.



15. During the same month, I closed two loans totaling $1,469,400. Under the Plan, such volume placed me on the third tier and required PNC pay me 75 basis points (0.75%) of the loan volume as gross commission. *See* PNC000300-000303. Accordingly, my gross commissions on such loans totaled $11,020.50. The calculation relating to such

loan sales was produced at PNC000301 and is shown immediately below.

| | | | | INCENTIVE CREDIT DETAILS | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **Mortgages** | | | | |
| Loan ID | Emp\Refi \Lead | App Date | Disb. Date | Borrower | Loan Amt | Unit Count | Gross Commission | Branch of Sale |
| 8000775923 | | 03/09/2017 | 05/09/2017 | SANIL | $595,000.00 | 1 | $4,462.50 | 3233 - Cupertino CA |
| 8000783943 | | 04/16/2017 | 05/11/2017 | OZA | $874,400.00 | 1 | $6,558.00 | 3233 - Cupertino CA |
| | | | | Totals for Mortgages : | $1,469,400.00 | 2 | $11,020.50 | |
| | | | | Period Totals/Gross Commission : | $1,469,400.00 | $0.00  2 | $11,020.50 | |

| | ADJUSTMENTS | |
|---|---|---|
| Adjustment Type | Memo/Notes | Amount |
| ET RTL ADJ MIN STD D | REGULAR PAY ADJUSTMENT FOR PAY DATE 5/26/2017 | ($1,280.00) |
| ET RTL ADJ MIN STD D | REGULAR PAY ADJUSTMENT FOR PAY DATE 5/12/2017 | ($1,280.00) |

16. ███████████████████ PNC treated the $2,560 as a draw against my commissions, and reduced my earned commissions by the that amount. Thus, instead of being paid $11,020.50 in *addition* to my Regular Pay of $2,560, my monthly commission payment was reduced to reflect the draw I had already been provided, and I was only paid the remaining portion of my commissions, $8,460.50, at the end of the month. The records showing this deduction and pay have been produced at PNC000300 are shown immediately below.

| | PERIOD INFORMATION | | | | |
|---|---|---|---|---|---|
| Description | Period Beginning Balance | This Period Activity | | | Period Ending Balance |
| | | Paid | Earn Through | Non Earn Through | |
| Regular Pay | $0.00 | $2,560.00 | $2,560.00 | $0.00 | $0.00 |

| | CROSS SELL INCENTIVE | |
|---|---|---|
| Description | Number of Revenue Credits/QIAs | Amount |
| Retail/AMG Cross Sell | 0.00 | $0.00 |
| PNCI QIA Incentive | | $0.00 |

| | COMMISSION/INCENTIVE CALCULATION | | | |
|---|---|---|---|---|
| Description | Period Amount | Regular Pay Earn Through | Earn Through App to UW/Deficit | Gross Payroll Amount |
| Gross Commission Period | $11,020.50 | | | $11,020.50 |
| Commission Adjusted | $11,020.50 | $2,560.00 | $0.00 | $8,460.50 |
| Total Variable Earnings: | $11,020.50 | $2,560.00 | $0.00 | $8,460.50 |

17. As a result, my Regular Pay served simply as a draw against commissions, and I was accordingly not paid for any Rest Period or non-sales work I performed.

18. I understand that all loan officers at PNC working in the state of California were subject to the same Compensation Plans and the same types of deductions that I was subject to and that are discussed in this declaration.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 30, 2019 in Freemont, California.

**Signature:** *Tanseer Kazi*
Tanseer Kazi (Aug 30, 2019)

**Email:** tonykazi@hotmail.com

Aug 30, 2019

EXHIBIT A

# Earnings Statement

**PNC**
Cupertino CA161  002980-002945
MAIL- 2171813
PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Phone number: 1-877-968-7762

Period Beg/End: 05/01/2017-05/14/2017
Advice Date: 05/12/2017
Advice Number: 7223192
Batch Number: 00655

Page 001 of 002

| Department: | 8500008377 | |
|---|---|---|
| Employee ID: | 633634964 | |
| Marital Status: | Fed: M | State: M |
| Expts/Allow: | Fed: 00 | State: 08 |
| Add'l Withholdings: | Fed: 0 | State: 0 |
| Work State: | CA | |

TANSEER KAZI
43575 MISSION BLVD
STE-347
FREMONT, CA 94539

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 1280.00 | 8832.00 |
| Additional Regular | | | 512.00 |
| Commission-Reg Tax | | | 35000.00 |
| Commission-Supp Tax | | | 10000.00 |
| Holiday | | | 128.00 |

| Tax Deductions | this period | year-to-date |
|---|---|---|
| Social Security | 73.32 | 3357.96 |
| Medicare | 17.15 | 785.33 |
| CA Income Tax | | 4236.05 |

Other Taxes

| Total Taxes | 90.47 | 8379.34 |
|---|---|---|

Other Earnings

| Gross Pay | 1280.00 | 54472.00 |
|---|---|---|

| Additional Deductions | | this period | year-to-date |
|---|---|---|---|
| ISP New | * | 51.20 | 1254.80 |
| ACC INS | | 2.08 | 15.31 |
| DENTAL | * | 9.08 | 66.81 |
| MEDICAL | * | 92.31 | 679.12 |
| OPT LIF CH | | 0.72 | 5.29 |
| OPT LIF EE | | 12.08 | 68.55 |
| OPT LIF SP | | 2.24 | 16.48 |
| VISION | * | 6.59 | 48.48 |

**Taxable Benefit (Imputed) Items**

| Emplyer Pd Disability | 10.55 | 483.11 |
|---|---|---|

Other Taxable Benefits

| Total Taxable Benefit Items | 10.55 | 483.11 |
|---|---|---|

**Other Benefit Information**

| Vacation Balance | 40.00 |
|---|---|

Other Deductions

| Total Deductions | 176.30 | 2154.84 |
|---|---|---|

* This deduction reduces taxable gross.

| Net Pay (Direct Deposit + Check) | 1013.23 |
|---|---|

| Taxable Wgs | Federal | FICA | State | Local |
|---|---|---|---|---|
| Current | 1131.37 | 1182.57 | 1131.37 | |
| YTD | 52905.90 | 54160.70 | 52905.90 | |

©1998, 2006. ADP, LLC. All Rights Reserved.
TEAR HERE

# Earnings Statement

**PNC**

Cupertino CA161  002981-002945
MAIL- 2171813
PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Phone number: 1-877-968-7762

Period Beg/End: 05/01/2017-05/14/2017
Advice Date: 05/12/2017
Advice Number: 7223192
Batch Number: 00655

Page 002 of 002

| Department: | 8500008377 | |
|---|---|---|
| Employee ID: | 633634964 | |
| Marital Status: | Fed: M | State: M |
| Expts/Allow: | Fed: 00 | State: 08 |
| Add'l Withholdings: | Fed: 0 | State: 0 |
| Work State: | CA | |

TANSEER KAZI
43575 MISSION BLVD
STE-347
FREMONT, CA 94539

| Earnings | Pay Period | Rate | Hours | Amount |
|---|---|---|---|---|
| Regular Pay | 05/01/17 - 05/14/17 | 16.000 | 0.00 | 1,280.00 |
| **TOTALS** | | | 0.00 | 1,280.00 |

©1998, 2006. ADP, LLC All Rights Reserved.

# Declaration of Tanseer Kazi

Final Audit Report  2019-08-30

| | |
|---|---|
| Created: | 2019-08-30 |
| By: | Justin Swidler (jswidler@swartz-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALkyYmb-YmLT0KaH2GnVNhzTIDJOQNdSc |

## "Declaration of Tanseer Kazi" History

- Document created by Justin Swidler (jswidler@swartz-legal.com)
  2019-08-30 - 8:41:34 PM GMT- IP address: 96.248.80.30

- Document emailed to Tanseer Kazi (tonykazi@hotmail.com) for signature
  2019-08-30 - 8:42:18 PM GMT

- Email viewed by Tanseer Kazi (tonykazi@hotmail.com)
  2019-08-30 - 8:48:10 PM GMT- IP address: 99.203.107.18

- Document e-signed by Tanseer Kazi (tonykazi@hotmail.com)
  Signature Date: 2019-08-30 - 9:07:50 PM GMT - Time Source: server- IP address: 99.203.107.18

- Signed document emailed to Daeun Kim (dkim@swartz-legal.com), James Sitkin (jsitkin@sitkinlegal.com), Marc Silverman (msilverman@fwblaw.net), Tanseer Kazi (tonykazi@hotmail.com), and 2 more
  2019-08-30 - 9:07:50 PM GMT

Adobe Sign