James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel: (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Highway N., Suite 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>s,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*,<br><br>s. | Case No.: 3:18-cv-04810-JCS<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT D. SOLOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: January 24, 2020<br>Time: 9:30 a.m.<br>Before: Hon. Joseph C. Spero<br><br>Trial Date: |

**A.**

I, ROBERT D. SOLOFF, declare as follows:

1. I am an attorney at law admitted to practice pro hac vice to practice before this Court. I am among the attorneys herein representing Plaintiffs Tanseer Kazi and Linda Scheid ("Plaintiffs"). I submit this declaration in support of Plaintiffs' motion for class certification and in response to the Opposition of Defendant PNC Bank, N.A. ("PNC" or "Defendant").

2. I, along with my co-counsel Justin L. Swidler and Marc A. Silverman, were certified class and collective counsel in a prior action against PNC filed by a nationwide class of mortgage loan officers, *Lemuel Bland, et al. v. PNC Bank, N.A., et al.*, filed in the Western District of Pennsylvania at case number: 2:15-cv-01042-AJS (hereinafter the "*Bland*" case). Included as class members in the *Bland* case and issued checks as part of the settlement of the *Bland* case were David Deglow, Franco Lenteri, and Jeff Rhodes, who provided Declarations to PNC Bank which were submitted in PNC Bank's Opposition to Plaintiffs' Motion for Class Certification. Additionally, David Deglow filed a Consent Form for representation in the collective action claims under the Fair Labor Standards Act against PNC Bank in the *Bland* case.

3. Mr. Tanseer Kazi was both an opt-in plaintiff (for claims made under the FLSA) and a certified class member in Bland. His consent form is publicly on file with the Bland Court at ECF Doc. Number 98-1, page 37. His Consent form was filed on January 28, 2016, at which point I, along with Mr. Swidler and Mr. Silverman, were his counsel for wage and hour claims asserted in *Bland* against PNC.

4. Throughout the litigation of the *Bland* case, Plaintiffs' counsel communicated with class members, and provided periodic updates regarding the status of the case, including updates regarding mediation.

5. Subsequent to the settlement of the *Bland* case, a number of class members contacted me, via telephone and through emails, regarding the case settlement and various other employment related issues regarding PNC.

6. In or about March 2018, one of the *Bland* case members, Linda Scheid, called me to discuss employment matters with her then employer PNC Bank and seek my legal advice. Prior to that call, I had no communication with Ms. Scheid, other than the communications to all *Bland* class members.

7. Subsequently, on or about September 2018, Linda Scheid called me again to discuss personal employment matters, to seek my legal advice, and to provide me with information. This was the second time, unsolicited, that Ms. Scheid had contacted me.

8. On October 24, 2018, Linda Scheid agreed to become a Named Plaintiff/Class Representative in this, above-referenced case ("this case"). Neither I nor my Co-Counsel representing Plaintiffs in this case engaged in improper solicitation of either Plaintiff.

9. Ms. Scheid has actively and regularly communicated with me and assisted me throughout the litigation of this case, including providing information regarding PNC's Compensation Plans, actual pay and commissions, calculations, subtraction/reduction of draw/advances ("regular pay") from commissions, required training, sales meetings and other non-productive time, and other related issues.

10. I advised Ms. Scheid of the mediation in this case, subsequently scheduled for November 28, 2018, and confirmed her stand by telephone availability for that mediation and, in January 2019, advised her that the mediation was unsuccessful.

11. Along with Plaintiffs' co-counsel James Sitkin, I spent significant time with Ms. Scheid regarding her responses to PNC Bank's First Set of Interrogatories and PNC Bank's First Request for Production of Documents, as well as preparing for Ms. Scheid's deposition in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected.

Executed on December 18, 2019, in Plantation, Florida.


/s/Robert D. Soloff
Robert D. Soloff, Esquire