James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel: (415) 318-1048
Fax: (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Highway N., Suite 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420
Fax: (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*,<br><br>　　Defendants. | Case No.: 3:18-cv-04810-JCS<br><br>**SUPPLEMENTAL DECLARATION OF LINDA SCHEID IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:　　January 24, 2020<br>Time:　　9:30 a.m.<br>Before:　Hon. Joseph C. Spero<br><br>Trial Date: None Set |

I, LINDA SCHEID, declare as follows:

1. I was a class member in the case styled *Bland, et al. v. PNC Bank N.A.*, United States District Court, Western District of Pennsylvania, Case No.: 2:15-cv-01042-AJS (the "Bland case").

2. After receiving notice of my right to opt-in to a collective action in the *Bland* case, I completed a Consent Form to join the Bland case.

3. Throughout the *Bland* case litigation, as a class member I received updates on the status of this Case, including information regarding the mediation of the *Bland* case.

4. As a class member in the *Bland* case, I received payment as part of the settlement of that case.

5. On or about March 2018, I, on my own initiative, determined to contact Robert D. Soloff, Esquire, one of the Plaintiffs' attorneys in the *Bland* case in order to get some legal advice about some employment matters I was experiencing with my then current employer, PNC Bank. Neither Mr. Soloff nor any of the other attorneys representing me in this case initiated the contact to represent me in this case. I initiated the contact.

6. On or about September 2018, I again, on my own initiative, contacted Mr. Soloff to further discuss my employment issues and related matters. Subsequently, on October 24, 2018, I entered into a Representation Agreement with Plaintiffs' counsel in the above-referenced case (this "Case").

7. Throughout litigation of this Case, Plaintiffs' counsel has advised me of the status of this Case, including the scheduling of and process of mediation in this Case in advance of the mediation, my being on telephone standby during the mediation, and, subsequently, in January 2019, advising me that the mediation of this Case was unsuccessful.

8. Included in my communication with Plaintiffs' counsel regarding this Case was discussions regarding preparing and reviewing my responses to PNC Bank's First Set of Interrogatories directed to me and PNC Bank's First Request for Production of Documents directed to me in this Case. I also spent time preparing for and attending my deposition in this

1

Case.

9. Additionally, Plaintiffs' counsel spent significant time with me throughout the litigation of this case discussing and addressing issues which relate to this Case and my information that was shared between me and Plaintiffs' counsel. I am not an attorney, but I believe throughout the time I have been a Plaintiff I have had a basic grasp of the claims in this lawsuit.

10. I understand my duty as a class representative is to look out for the interests of the class members who I represent in connection with the certified claims and to not put my personal interests ahead of their interests. I remain committed to doing that and will continue my active support of and interest in this case. For example, on my own initiative, I recently located and watched the proceedings before the Ninth Circuit Court of Appeals in *Ibarra v. Wells Fargo Bank*. See:

https://www.ca9.uscourts.gov/media/view_video.php?pk_vid=0000016493

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected and that this declaration was executed on December 18, 2019, in Los Angeles, California.

Dec 18, 2019

**Signature:** Linda A Scheid (Dec 18, 2019)

**Email:** lscheid274@aol.com