UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>    Defendant. | Case No. 18-cv-04810-JCS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 91, 92 |

Sufficient cause having been shown, the Court GRANTS Defendant PNC Bank, N.A.'s ("PNC's") second administrative motion to file under seal portions of PNC's opposition to class certification and documents submitted therewith (dkt. 91), and PNC's administrative motion to file under seal portions of two exhibits to Plaintiffs' motion for class certification (dkt. 92).

**IT IS SO ORDERED.**

Dated: April 16, 2020

JOSEPH C. SPERO
Chief Magistrate Judge