James M. Sitkin (SBN 107650)
jsitkin@sitkinlegal.com
1 Kaiser Plaza, Suite 505
Oakland, CA 94612
Tel:  (415) 318-1048
Fax:  (415) 362-3268

Justin L. Swidler
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ  08003
Tel:  (856) 685-7420
Fax:  (856) 685-7417

Robert D. Soloff
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, *et al.*, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., *et al.*<br><br>    Defendants. | Case No: 3:18-cv-04810-JCS<br><br>**NOTICE OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION OF NON-PRODUCTIVE TIME**<br><br>Date:  June 17, 2020<br>Time:  9:30 a.m.<br>Before:Hon. Joseph C. Spero<br><br>Trial Date:     None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please be informed that on June 17, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Joseph C. Spero, in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Linda Scheid ("Plaintiff") will, and hereby does, request an Order granting class certification under FRCP 23(b)(3) for the pending Second Amended Complaint's second through fourth claims for violation of Defendant's obligation to pay for all time worked under California Labor Code and Wage Order 4-2001 insofar as training time and derivative claims, i.e. Defendant's failure to provide properly itemized pay statements under the California Labor Code and Wage Order 4-2001, and Defendant's violation of California's Unfair Competition Law, Business and Professions Code § 17200, et seq.  The proposed class consists of Mortgage Loan Officers whom Defendant PNC Bank, N.A., employed in California at any time since January 4, 2017 through June 30, 2019.  In conjunction with such certification, Plaintiff seeks her appointment as class representative and the appointment of Plaintiff's counsel, including their law firms, as class counsel.  In addition to this notice, this Motion includes the following concurrently served documents:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION OF NON-PRODUCTIVE TIME LIMITED TO TRAININGS**

**DECLARATION OF LINDA SCHEID IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION OF CLAIMS FOR NON-PRODUCTIVE TIME LIMITED TO TRAININGS**

**DECLARATION OF JUSTIN L. SWIDLER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION OF CLAIMS FOR NON-PRODUCTIVE TIME LIMITED TO TRAININGS**

Plaintiffs also request that the Court take judicial notice of all pleadings, papers, and records on file herein.

That common issues predominate, the number of putative class members renders joinder impractical, the typicality of Plaintiff's claims, Plaintiff and her counsel are adequate to represent the proposed class, and that a class action would be superior to individual lawsuits and is manageable support granting the motion.

1
2
3   **SWARTZ SWIDLER, LLC.**
4   */s/ Justin L. Swidler*
    Justin L. Swidler, Esq.
5   Attorney for Plaintiff
6
7   Dated: May 15, 2020
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

                                                                                        By: */s Justin L. Swidler*

                                                                                         Justin L. Swidler, Esq.

Dated: May 15, 2020