UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PNC BANK, N.A.,<br><br>　　　　Defendant. | Case No. 18-cv-04810-JCS<br><br>**ORDER REGARDING CLASS NOTICE**<br><br>Re: Dkt. No. 137 |

　　　　On July 20, 2020, the parties filed a joint report attaching a proposed class notice letter and raising three disputes related to class notice. The Court resolves those issues as follows. The parties shall file a revised proposed order and proposed form of notice no later than July 28, 2020.

　　　　**Dispute A:** In place of the language proposed by class counsel, the class notice shall include the following language as a second paragraph of the answer to Question 16: "Class Counsel are the attorneys for all members of the Class. Counsel for PNC do not represent any Class Members, and instead represent PNC's interests."

　　　　**Dispute B:** PNC shall not produce to class counsel contact information for class members who opted out of providing such information until the deadline to opt out of the class has expired. No later than fourteen days after that deadline, however, PNC shall produce contact information for all remaining class members who previously elected not to provide contact information.

　　　　**Dispute C:** Class counsel is not prohibited from contacting class members. PNC's proposed language prohibiting such contact shall be omitted from the revised proposed order.

　　　　**IT IS SO ORDERED.**

Dated: July 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge