UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANSEER KAZI, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>  Defendant. | Case No. 18-cv-04810-JCS<br><br>**ORDER STAYING CASE AND DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 194, 205 |

Based on the agreement of the parties as stated in their August 13, 2021 case management statement (dkt. 205), this case is hereby STAYED pending the resolution of Defendant PNC Bank's interlocutory appeal. Plaintiff Linda Scheid's motion for leave to file a third amended complaint (dkt. 194) is DENIED without prejudice to renewing it after the stay is lifted. The hearing and case management conference previously set for August 20, 2021 are VACATED.

A status conference will occur on February 18, 2022 at 2:00 PM. The parties shall file a status report no later than February 11, 2022.

The parties may file a stipulation or either party may file a motion to lift the stay when the appeal is resolved.

**IT IS SO ORDERED.**

Dated: August 16, 2021

JOSEPH C. SPERO
Chief Magistrate Judge