Laura L. Ho
lho@gbdhlegal.com
Goldstein Borgen Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: 510-763-9800
Fax: 510-835-1417

**Attorneys for Plaintiffs**
(See attached for additional counsel)

Paul W. Sweeney, Jr. (SBN 112511)
paul.sweeney@klgates.com
Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Vanuhi Karapetian (SBN 324274)
Vannie.karapetian@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**Attorneys for Defendants PNC Bank, N.A.**
(See attached for additional counsel)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TANSEER KAZI and LINDA SCHEID, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PNC BANK, N.A., and DOES 1-100 inclusive,<br><br>Defendants. | Case No.: 3:18-cv-04810-J CS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE: November 17, 2023<br>TIME: 2:00 p.m.<br><br>[Hon. Mag. Judge Joseph C. Spero] |

# ATTACHMENT TO JOINT STATUS CONFERENCE REPORT

## Kazi v. PNC Bank, N.A.

The names, addresses and telephone numbers of Plaintiffs' additional attorneys are:

Justin Swidler, Esq.
jswidler@swartz-legal.com
SWARTZ SWIDLER, LLC
9 Tanner Street, Ste. 101
Haddonfield, NJ 08033
Telephone: (856) 685-7420
Fascimile: (856) 685-7417

Marc A. Silverman, Esquire
msilverman@fwblaw.net
FRANK, WEINBERG & BLACK, P.L.
7805 SW 6th Court
Plantation, FL 33324
Telephone: (954) 474-8000
Fascimile: (954) 474-9850

Robert D. Soloff, Esquire
robert@solofflaw.com
ROBERT D. SOLOFF, P.A.
7805 SW 6th Court
Plantation, FL 33324
Telephone: (954) 472-0002
Fascimile: (954) 472-0052

The names, addresses and telephone numbers of Defendant's additional attorneys are:

Patrick M. Madden (*admitted pro hac vice*)
patrick.madden@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
United States of America
P: +1.206.623.7580
F: +1.206.623.7022

Plaintiff, Linda Scheid ("Plaintiff") and Defendant, PNC Bank, N.A. ("Defendant") (collectively, the "Parties") jointly submit this Case Management Statement in advance of the Case Management Conference scheduled by the Court for November 17, 2023 at 2:00 p.m.

The parties previously advised the Court that they attended a mediation with David Phillips on May 18, 2023 as scheduled and ordered by the Court, which resulted in a tentative agreement to settle this entire matter for a set amount on June 1, 2023. Plaintiffs and Defendants subsequently exchanged drafts of a detailed Settlement Agreement. Thereafter, there remained some provisions of the draft Settlement Agreement upon which the parties were seeking to reach agreement. Consequently, the parties re-engaged David Phillips, and actively worked with him to resolve the parties' differences in order to finalize the Settlement Agreement. The parties made additional progress, and exchanged revised drafts of the Settlement Agreement. However, despite the progress made, the parties have now reached an impasse. Consequently, absent a resolution of the impasse, the parties anticipate discussing with the Court how best to proceed with the case through its conclusion, at the Case Management Conference scheduled by the Court for November 17, 2023 at 2:00 p.m.

FRANK, WEINBERG & BLACK, P.L
ROBERT D. SOLOFF, P.A.
SWARTZ SWIDLER, LLC
GOLDSTEIN BORGEN DARDARIAN & HO

Dated:   November 11, 2023

By: /s Justin L. Swidler
Justin L. Swidler
Marc A. Silverman
Robert D. Soloff
Laura L. Ho

K&L GATES LLP

Dated:   November 11, 2023

By:   /s/ Vanuhi Karapetian
Paul W. Sweeney Jr.
Patrick M. Madden
Saman M. Rejali
Vanuhi Karapetian

3
**JOINT CASE MANAGEMENT STATEMENT**

317039858.1