# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 18-cv-04810-JCS | Case Name: Scheid v. PNC, Bank, N.A. |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date:** November 17, 2023    **Time:** 17 M (2:05-2:22) |

**Attorney for Plaintiff:** Justin Swidler, Robert Soloff, Marc Silverman
**Attorney for Defendant:** Patrick Madden, Paul Sweeney

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

## ORDERED AFTER HEARING

The parties shall e-file a joint letter by 11/29/2023 with the names of three magistrate judges for referral for a settlement conference.
Upon the filing of the joint letter the Court will determine which magistrate judge can conduct a settlement conference within thirty (30) days.
Updated case management conference statement due 1/12/2024

**CASE CONTINUED TO:** 01/19/2024 at 2:00 PM for a further case management conference by Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.